# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                               Case No.  3:06-M-1145-MCR

**TONY HENDERSON**                                          Defense Atty.: Alexander Christine, Esq.
                                                                                          AUSA: D. Rodney Brown

| JUDGE | Monte C. Richardson<br>U. S. Magistrate Judge | DATE AND TIME | 6/7/2006<br>3:09 p.m. - 3:27 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Sharon H. Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION: | Claudia Rios |

## CLERK'S MINUTES

PROCEEDINGS:                              **INITIAL APPEARANCE**

Defendant arrested by DEA on June 7, 2006 on Complaint out of Middle District of Florida

Deft. advised of rights, charges, penalties and special assessment.

Govt.'s oral motion for bond

Bond set:$20,000.00 - Secured Order Setting Conditions of Release to enter.

Filed in Open Court:
    CJA 23 Financial Affidavit