**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:06-M-1145-MCR

TONY HENDERSON

_____

## NOTICE OF SETTING PRELMINARY HEARING

**TAKE NOTICE** that this case is hereby **RESET** for **PRELMINARY HEARING** on **June 20, 2006 at 10:00 A.M.** before the Honorable Monte C. Richardson, United States Magistrate Judge, in Courtroom No. 5C, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

June 11, 2006

MONTE C. RICHARDSON
United States Magistrate Judge

By: s/ Sharon H. Spaulding
Sharon H. Spaulding
Courtroom Deputy Clerk
(904) 301-6742

Copy to:
Asst. U. S. Attorney (Brown)
Alexander Christine, Esq.
United States Marshal
U. S. Probation
U. S. Pretrial

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.