# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

TONY HENDERSON

ORDER SETTING CONDITIONS
OF RELEASE

Case No. 3:06-M-1145-MCR

---

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations, arrests or convictions to Pretrial Services immediately.

(2) The defendant **shall remain at the address provided to the Court and not change address without prior permission from the Court.**

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear **upon notification by the Clerk of Court.**

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of defendant is subject to the conditions set forth below:

(4) **Financial Conditions:**

The defendant shall execute a **secured** bond binding defendant to pay the United States of America the sum of **$20,000.00, with $2,000.00 deposited with the Registry of the Clerk of Court.**

(5) **Specific Conditions: The defendant shall:**

Abide by the following restrictions on travel: **defendant's travel is restricted to Middle District of Florida.**

Immediately surrender passport to the Clerk of the United States District Court, and he is not obtain another during the pendency of this case.

Prior to defendant's release the Court must conduct a *Nebbia* hearing to determine the source of collateral being utilized in posting the bond. A *Nebbia* hearing was held and the Court is satisfied that the *Nebbia* requirements have been met as to the source of collateral being utilized in posting the bond.

**Other special condition:** Defendant is not to encumber his residence without prior permission from the court.

Defendant is required immediately to surrender all law enforcement firearms and credentials to DEA or any other authorized federal agency.

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more

(3)     than five years, or both;
(3)     any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)     a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 6-8-06

Signature of Defendant

Address: 6195 Oakdale Lane

City and State: MacClenny, FL     Telephone: 904-259-9441

### DIRECTIONS TO UNITED STATES MARSHAL

(✓) The defendant is **ORDERED** released after processing.
( ) The United States Marshal is **ORDERED** to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 6/7/06

MONTE C. RICHARDSON
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Brown)
Alexander R. Christine, Jr.
U.S. Marshal
Pretrial Services
Defendant
Financial Division

-3-