BOND RECOMMENDATION:

AO 442 (Rev. 5/85) Warrant for Arrest

DRB/tld

# United States District Court

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

TONY HENDERSON
    a/k/a "Hollywood"

WARRANT FOR ARREST

CASE NUMBER: 3:06-m- 1145-MCR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest TONY HENDERSON, a/k/a "Hollywood" and bring him forthwith to the nearest magistrate to answer a

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with knowing, willful and intentional distribution of marihuana, a Schedule I controlled substance, the amount of marihuana being less than 50 kilograms.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

MONTE C. RICHARDSON
Name & Title of Judicial Officer

*Monte C. Rich* (signature)
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

June 6, 2006 Jacksonville, FL
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
I-95 and Callahan, Nassau County

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06-06-2006 | Florentino Rosales | *Florentino Rosales* |
| DATE OF ARREST | DEA Special Agent | |
| 06-07-2006 | | |