UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

2006 JUN -8 A 9: 21

v.

CASE NO.

Tony Henderson

3:06-m-1145-J-MCR

## AFFIDAVIT OF EXCLUSIVE OWNERSHIP OF CASH BAIL

I, Linda L. Henderson SSN: ███████████, certify that I am the owner of, and have exclusive interest to the $2,000.00 deposited as cash bail.

## AFFIDAVIT OF OTHER OWNERSHIP OF CASH BAIL

I, _____, certify that I have authority to tender the following amounts of monies as cash bail on behalf of the individuals indicated below:

| Name of Owner/SSN: | Address of Owner | Deposit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## CERTIFICATION OF DEPOSITOR

I certify that the information provided above correctly reflects the ownership of the deposited cash bail.

FILED this 5th day of June, 2006.

Signature: Linda L. Henderson  Print Name: Linda L. Henderson
Address: 6195 Oakdale Lane
City, State, Zip: Mascotte, FL 34663
Phone Number: (904) 955-1441