UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
6.23.06
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:06-mj-1145- MCR-ALL

TONY HENDERSON

-------------------------------------------------

### NOTICE OF APPEARANCE

The Clerk is requested to enter the appearance of MARK J. ROSENBLUM as counsel for the Defendant.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.

Mark J. Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354-6637
mjrlaw@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by ( ) U. S. mail ( x ) hand ( ) facsimile, on 23 June, 2006:

D. Rodney Brown, Esq.
Assistant United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, FL 32202

_____
Mark J. Rosenblum

2