FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 JUL -3 P 1: 25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

vs.                                          CASE NO.: 3:06-mj-1145-MCR-ALL

TONY HENDERSON

---

### NOTICE OF APPEARANCE

The Clerk is requested to formally enter the appearance of ALEXANDER R. CHRISTINE, JR, ESQ. as co-counsel of record for the Defendant and serve copies of all appropriate papers upon him accordingly.

Respectfully submitted,

ALEXANDER CHRISTINE &
MAUREEN SULIVAN CHRISTINE, P.A.

_____
ALEXANDER R. CHRISTINE, JR., Esq.
28 Cordova Street
St. Augustine, FL 32084
(904) 829-0523
(904) 829-5943 (fax)
Fla. Bar #338826
law@thechristinefirm.com