UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:06-cr-211-J-32HTS

TONY HENDERSON
  a/k/a "Hollywood"

---

OWNER OF RECORD: Tony Henderson and Linda L. Henderson, his wife

## **GOVERNMENT'S NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that on July 12, 2006, the United States of America filed an Indictment in the United States District Court of the Middle District of Florida, Jacksonville Division in the foregoing action.

The United States of America is seeking to forfeit that certain real property located at 6195 Oakdale Lane, Baker County, Macclenny, Florida 32063, being the same premises conveyed to Tony Henderson and Linda L. Henderson, his wife, on September 17, 1994, by virtue of that Warranty Deed recorded on September 28, 1994 in the Official Records of Baker County, Florida, Book 0364, Page 0244-0245, including all improvements thereon and appurtenances thereto, the legal description for which is attached as Exhibit A.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, 300 N. Hogan Street, Suite 9-150, Jacksonville, Florida 32202.

Dated this 14<u>th</u> day of July, 2006.

        Respectfully submitted,

        PAUL I. PEREZ
        United States Attorney


By: *s/ Bonnie A. Glober*
   BONNIE A. GLOBER
   Assistant United States Attorney
   Florida Bar No. 0748307
   United States Attorneys Office
   300 N. Hogan Street, Suite 700
   Jacksonville, Florida 32202
   Tel. (904) 301-6300
   Fax. (904) 301-6310
   Email: bonnie.glober@usdoj.gov