# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

*FILED IN OPEN COURT*
*7/19/06*
*CLERK, U.S. DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*

UNITED STATES OF AMERICA

-vs-                                                                Case No. 3:06-cr-211-J-32HTS

TONY HENDERSON
a/k/a "Hollywood"                                     Defense Atty.: Mark Rosenblum, Esquire
                                                                  AUSA: Kathleen A. O'Malley, Esquire

| JUDGE | Howard T. Snyder<br>U. S. Magistrate Judge | DATE AND TIME | 7/19/2006<br>3:12-3:35 |
|---|---|---|---|
| DEPUTY CLERK | Winifred Beasley | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION: | None Present |

## CLERK'S MINUTES

**PROCEEDINGS: ARRAIGNMENT**

Defendant was advised of his rights, charge(s), penalty(ies), special assessment and forfeiture provision.

Not guilty plea entered by Defendant.

FILED IN OPEN COURT:   Notice of Acceptance of General Discovery

U.S. will provide discovery under the Standing Order by: July 24, 2006

Defendant requested this case not be set for discovery hearing. The United States does not object. Discovery hearing will not be scheduled.

The parties have agreed to the reciprocal exchange of witness lists and Jencks Act materials 3 calendar days before trial.

Any motions prompted by a review of discovery shall be filed and copies served on counsel for the United States on or before:   August 14, 2006         Evidentiary hearing will be scheduled if motion(s) filed.

STATUS CONFERENCE:   8/21/06 at 4:00 p.m., before Judge Corrigan
TRIAL:                          9/5/06 at 9:00 a.m., before Judge Corrigan
STANDING ORDER to enter.

Defendant is currently released on bond.