**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED IN OPEN COURT
7/19/06
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.  CASE NO. 3:06-cr-211-J-32HTS

TONY HENDERSON

---

### NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to D. Rodney Brown, Esquire, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 19th day of July, 2006.

_____
Attorney