UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

     v.                            Case No. 3:06-cr-211-J-32HTS

TONY HENDERSON
  a/k/a "Hollywood"

## NOTICE OF APPEARANCE

The United States of America, by Paul I. Perez, United States Attorney for the

Middle District of Florida, files this Notice of Appearance of the undersigned as co-

counsel for the United States in the above-captioned case.

Please forward all materials in this case to both counsel and co-counsel from this

date forward.

                              Respectfully submitted,

                              PAUL I. PEREZ
                              United States Attorney

By:    *s/ Kathleen O'Malley*
        KATHLEEN O'MALLEY
        Assistant United States Attorney
        Senior Litigation Counsel
        Florida Bar No. 0616303
        300 North Hogan Street, Suite 700
        Jacksonville, Florida  32202-4270
        Telephone:   (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail:    kathleen.omalley@usdoj.gov

**U.S. v. TONY HENDERSON**                    **Case No. 3:06-cr-211-J-32HTS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark J. Rosenblum, Esq.

Alexander R. Christine, Esq.

I hereby certify that on July 26, 2006, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

N/A

*s/ Kathleen O'Malley*
KATHLEEN O'MALLEY
Assistant United States Attorney
Senior Litigation Counsel
Florida Bar No. 0616303
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:    (904) 301-6300
Facsimile:     (904) 301-6310
E-mail:      kathleen.omalley@usdoj.gov