UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.     CASE NO.: 3:06-cr-211-J-32 HTS

**TONY HENDERSON**

----------------------------------------------

**DEFENDANT HENDERSON'S UNOPPOSED MOTION
TO CONTINUE TRIAL AND STATUS HEARING**

The defendant, Tony Henderson, by his counsel, moves for a continuance of his trial and status hearing, based on the following considerations:

1. Tony Henderson is charged in a seven-count indictment. Count One charges distribution of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D). Counts Two through Seven charge use of a communication facility to facilitate the commission of a felony, in violation of 21 U.S.C. § 843(b).

2. This case is scheduled for trial on the Court's September, 2006 trial term. A status hearing is scheduled for August 21, 2006 at 4:00 p.m.

3. More time is needed to prepare the defense in this case. Undersigned counsel is still in the process of reviewing discovery material and investigating potential defenses.

4. Henderson is not in custody.

5. Henderson concurs in this request for more preparation time, and agrees the time

is excludable under the Speedy Trial Act.

6. This is the first request to continue this case.

7. By this motion, it is requested that Henderson's trial be continued to the **November, 2006** trial term, and that the status hearing scheduled for August for 21, 2006 at 4:00 p.m. be continued.

8. Assistant United States Attorney Kathleen O'Malley does not oppose this motion.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.

s/Mark J. Rosenblum
Mark J. Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
mjrlaw@bellsouth.net

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Kathleen O'Malley, Esq.
    Assistant United States Attorney

                                            s/Mark J. Rosenblum