**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:06-cr-211-J-32HTS

TONY HENDERSON

## **ORDER**

This case is before the Court on Defendant Henderson's Unopposed Motion to Continue Trial and Status Hearing (Doc. #25). Accordingly, it is now

**ORDERED:**

1. For the reasons stated in defendant's motion (Doc. #25), the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(8)(A)); Defendant Henderson's Unopposed Motion to Continue Trial and Status Hearing (Doc. #25) is **GRANTED**.

2. The **status conference** previously set for August 21, 2006 is **rescheduled** before the undersigned on **October 23, 2006 at 4:00 p.m.,** and **jury trial** previously set for the September 2006 term is **rescheduled** for the trial term commencing **November 6, 2006 at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** in Jacksonville, Florida, this ___18th___ day of August, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:

Asst. U.S. Attorney (O'Malley)
Mark Rosenblum, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshal's Service
Defendant