UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO. 3:06-cr-211-J-32HTS

TONY HENDERSON
a/k/a "Hollywood"

## ORDER

The Government's Motion to Correct Scrivener's Error (Doc. #24), filed on August 2, 2006, is **GRANTED** to the extent the Clerk of the Court is directed to correct, by interlineation, Form OBD-34 by striking the name "PEDRO FERNANDEZ DE CAMPA, a/k/a Pedro Fernandez" and replacing it with "TONY HENDERSON, a/k/a 'Hollywood.'"

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of August, 2006.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (O'Malley)
Mark Rosenblum, Esquire