UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 AUG 25 P 4: 01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                    CASE NO.: 3:06-mj-1145

TONY HENDERSON                         3:06-CR-211-J-32HTS

## CONSENT
## MOTION TO WITHDRAW AS CO-COUNSEL

COMES NOW the undersigned attorney and hereby respectfully requests this Court grant permission to withdraw as attorney of record and would state as follows:

1. An Impasse has been reached due to a potential limitation on independent professional judgment of the undersigned.

2. Defendant is currently represented in this cause by co-counsel, Mark Rosenblum, Esq.

3. An unopposed motion to continue Trial was granted by this Court until the November trial term and Defendant Tony Henderson will not be prejudiced if the undersigned is permitted to withdraw.

4. The Defendant joins with the undersigned attorney and consents to this Motion to Withdraw as evidenced by his signature on the attached Consent to Motion to Withdraw as Co-counsel.

5. Assistant United States Attorney, Kathleen O'Malley doe not oppose this motion

WHEREFORE the undersigned attorney and co-counsel for the Defendant, TONY HENDERSON, respectfully requests this Honorable Court enter an Order granting his Consent Motion to Withdraw.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, that a true and correct copy of the foregoing has been furnished via US Mail to United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270 and Mark Rosenblum, Esquire, Attorney for Defendant Tony Henderson at 500 N. Ocean Street, Jacksonville, FL 32202; and Tony Henderson 6195 Oakdale Lane, Macclenny, Florida 32063-5509.

Respectfully submitted,

CHRISTINE & CHRISTINE, P.A.

By: /s/ Alexander r. Christine
Alexander r. Christine, Jr., Esq.
Florida Bar No. 0399213
28 Cordova Street
St. Augustine, Florida 32084
Tel. (904) 829-0523
Fax (904) 829-5943
law@thechristinefirm.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:06-mj-1145

TONY HENDERSON

_____

## CONSENT TO MOTION TO WITHDRAW AS CO-COUNSEL

I, TONY HENDERSON, hereby consent to the Motion to Withdraw as Co-Counsel filed in this matter by Alexander Christine, Esq.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Consent to Motion to Withdraw has been furnished to the United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270 this 24 day of Aug, 2006.

Respectfully submitted,

_____
Tony Henderson