UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO. 3:06-cr-211-J-32HTS

TONY HENDERSON
a/k/a "Hollywood"

## ORDER

The Consent Motion to Withdraw as Co-counsel (Doc. #28), filed on August 25, 2006, is **GRANTED**. Accordingly, Alexander R. Christine, Jr., Esquire, is permitted to withdraw as co-counsel for Defendant Henderson. Mark Rosenblum, Esquire, shall continue to represent Mr. Henderson.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of September, 2006.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (O'Malley)
Mark Rosenblum, Esquire
Alexander R. Christine, Jr., Esquire
Defendant