UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:06-cr-211-J-32HTS |
|---|---|
| v. | |
| TONY HENDERSON | |

**Counsel for Government:**　　　　　　　　**Counsel for Defendants:**
Kathleen O'Malley　　　　　　　　　　　　　Mark Rosenblum

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Mollie Pashayan**
**Court Reporter: Shannon Bishop**

CLERK'S MINUTES
PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE

__X__　Defendant and government request a Joint Motion to Continue Trial.

_____　Government moves to continue trial.

_____　The government / defendant has no objection to the continuance.

__X__　Ore Tenus Motion to continue trial is **GRANTED.**

　　　**CASE RESET**

　　　Status:　　　　December 18, 2006 at 4:00 p.m.
　　　Trial Term:　　January 3, 2007 at 9:00 a.m.

DATE: October 23, 2006　TIMES:　4:05 p.m. - 4:10p.m.　　TOTAL:　5　Minutes