# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

*11-07-2006*

*CLERK, U. S. DISTRICT COURT*

UNITED STATES OF AMERICA

-vs-                                          Case No. 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON
  a/k/a "Hollywood"

Defense Atty.: Mark Rosenblum, Esquire
AUSA: Kathleen A. O'Malley, Esquire

| JUDGE | Howard T. Snyder U. S. Magistrate Judge | DATE AND TIME | 11/7/2006 10:00 - 10:17 |
|---|---|---|---|
| DEPUTY CLERK | Mamendella York | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION: | None Present |

## CLERK'S MINUTES

### PROCEEDINGS: Arraignment on Superseding Indictment

Defendant was advised of his rights, charges, penalties, special assessment, and forfeiture provision.

**Not guilty plea entered by Defendant.**

All discovery and other matters filed in connection with the original Indictment shall be considered applicable to the superseding Indictment.

Motions prompted from a return of the superseding Indictment shall be filed on or before: **November 27, 2006.**

The trial remains as scheduled for the trial term commencing on **January 3, 2007, at 9:00 a.m.,** before Judge Corrigan.

The status conference remains as reset for **December, 18, 2006, at 4:00 p.m.,** before Judge Corrigan.

United States' oral motion to modify Defendant's conditions of release is **GRANTED** without objection by counsel for the Defendant.

**ORDERS TO ENTER.**

Defendant is currently released on bond.