**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO: 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON
 a/k/a "Hollywood"

**ORDER**

1. Motions prompted from the review of the superseding Indictment shall be filed and copies served on counsel for the United States on or before **November 27, 2006**.

2. The status conference remains as reset for **December, 18, 2006**, **at 4:00 p.m.,** before the Honorable Timothy J. Corrigan, United States District Judge, in Courtroom 10B (10th Floor), United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida. The trial remains as scheduled for the trial term commencing on **January 3, 2007, at 9:00 a.m.**

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of November, 2006.

/s/ Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (O'Malley)
Mark Rosenblum, Esquire
United States Pretrial Services
United States Marshal
Defendant