**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                          CASE NO: 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON
 a/k/a "Hollywood"

## **ORDER**

As a result of the arraignment on the superseding Indictment,

**IT IS ORDERED:**

1. The United States' oral motion to modify Defendant's conditions of release is **GRANTED** without objection by counsel for the Defendant.

2. The Order Setting Conditions of Release (Doc. #8; Order), entered on June 7, 2006, is **MODIFIED** as follows:

A. Defendant shall avoid all contact, directly or indirectly, outside the presence of counsel, with any federal prosecutor, any federal agent involved with this case, the confidential informant herein, and the following person: Pedro Fernandez De Campa.

B. All other conditions set forth in the Order shall remain in full force and effect.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of November, 2006.

                                                               /s/ Howard T. Snyder
                                                               HOWARD T. SNYDER
                                                               United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (O'Malley)
Mark Rosenblum, Esquire
United States Pretrial Services
United States Marshal
Defendant