EXHIBIT A

A PORTION OF THE NORTHWEST 1/4 OF SECTION 30, TOWNSHIP 2 SOUTH, RANGE 22 EAST, BAKER COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE INTERSECTION OF THE EASTERLY LINE OF SAID NORTHWEST 1/4 WITH THE NORTHERLY LINE OF THE SOUTH 14 ACRES OF THE NORTH 1/2 OF THE SOUTH 1/2 OF THE NORTHWEST 1/4; THENCE RUN NORTH 89°12'02" WEST (RECORD) NORTH 89°09'29" WEST (ACTUAL), A DISTANCE OF 640.03 FEET (RECORD/ACTUAL) ALONG SAID NORTHERLY LINE TO THE POINT OF BEGINNING; THENCE CONTINUE NORTH 89°12'02" WEST (RECORD) NORTH 89°09'29" WEST (ACTUAL), A DISTANCE OF 651.00 FEET (RECORD) 635.13 FEET (ACTUAL); THENCE RUN SOUTH 00°47'30" WEST (RECORD) SOUTH 00°37'48" WEST(ACTUAL), A DISTANCE OF 200.00 FEET; THENCE RUN SOUTH 89°12'02" EAST (RECORD) SOUTH 89°09'29" EAST (ACTUAL), A DISTANCE OF 651.00 FEET (RECORD) 635.13 FEET (ACTUAL); THENCE RUN NORTH 00°47'30" EAST (RECORD) NORTH 00°37'48" EAST (ACTUAL) A DISTANCE OF 200.00 (ACTUAL/RECORD) TO THE POINT OF BEGINNING. CONTAINING 2.99 ACRES MORE OR LESS BY DEED, 2.92 ACRES MORE OR LESS ACTUAL.

THE ABOVE DESCRIBED LAND IS ACCESSED BY AN INGRESS/EGRESS EASEMENT AS BEING DESCRIBED IN OFFICIAL RECORDS 200 PAGE 105 IN THE PUBLIC RECORDS OF BAKER COUNTY, FLORIDA, AND IS DESCRIBED IN SAID BOOK AS: COMMENCE AT THE INTERSECTION OF THE EASTERLY LINE OF THE NORTHWEST 1/4 WITH THE NORTHELRY LINE OF THE SOUTH 14 ACRES OF THE NORTH 1/2 OF THE SOUTH 1/2 OF THE NORTHWEST 1/4; THENCE RUN NORTH 89°12'02" WEST, A DISTANCE OF 53.76 FEET ALONG SAID NORTHERLY LINE TO AN INTERSECTION WITH THE WESTERLY RIGHT-OF-WAY LINE OF MILTONDALE ROAD; THENCE RUN SOUTH 07°01'22" EAST ALONG SAID WESTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 201.88 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 07°01'22" EAST, A DISTANCE OF 30.28 FEET; THENCE RUN NORTH 89°12'02" WEST, A DISTANCE OF 1268.85 FEET; THENCE RUN NORTH 00°47'30" EAST, A DISTANCE OF 30.00 FEET; THENCE RUN SOUTH 89°12'02" EAST, A DISTANCE OF 1264.73 FEET TO THE POINT OF BEGINNING.