**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

-vs-	CASE NO: 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON
 a/k/a "Hollywood"

_____

**ORDER**

Defendant Henderson's Unopposed Motion to Allow Travel Outside Middle District of Florida (Doc. #36), filed November 7, 2006, is **GRANTED.** Accordingly, it is

**ORDERED:**

1.	Defendant is permitted to visit his mother in Panama City from November 20, 2006, to December 1, 2006. While in Panama City, Defendant shall reside with his mother at 107 Oakwood Drive, Panama City, Florida 32405.

2.	Defendant shall immediately notify the Pretrial Services officer assigned to this matter upon his return.

3. All other provisions contained in the Order Setting Conditions of Release (Doc. #8), entered on June 7, 2006, as modified on November 7, 2006, *see* Order (Doc. #40), shall remain in effect.

**DONE** and **ORDERED** in Jacksonville, Florida on this 8th day of November, 2006.

/s/  Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Asst. U. S. Attorney (O'Malley / Henry)
Mark Rosenblum, Esquire
United States Pretrial Services
United States Marshal
Defendant