**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:06-cr-211-J-32HTS |
| v. | |
| TONY HENDERSON | |

**Counsel for Government:**  Kathleen A. O'Malley

**Counsel for Defendants:**  Mark J. Rosenblum

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Mollie Pashayan**
**Court Reporter: Shannon Bishop**

CLERK'S MINUTES
PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE

  X   Defendant moves to continue trial.

_____ Government moves to continue trial.

  X   The government has no objection to the continuance.

  X   Ore Tenus Motion to continue trial is **GRANTED.**

    **CASE RESET**

    Status:     March 19, 2007 at 4:00 p.m.
    Trial Term:     April 2, 2007 at 9:00 a.m.

_____

_____

_____

DATE: December 18, 2006  TIMES: 4:22 p.m. - 4:26 p.m.    TOTAL:   4 Minutes