UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON

**DEFENDANT HENDERSON'S UNOPPOSED MOTION TO
CONTINUE TRIAL AND STATUS HEARING**

The defendant, Tony Henderson, by his counsel, moves to continue his trial and his status hearing, based on the following considerations:

1. Tony Henderson is charged in an eight count superseding indictment with conspiracy and various offenses related to marijuana distribution. There is also a forfeiture count, where Henderson's residence is specifically named.

2. This case is set for the April, 2007 trial term, with a status hearing scheduled for March 19, 2007.

3. More time is needed to prepare for trial. Counsel is still in the process of reviewing discovery and conducting investigation.

4. Additionally, counsel has a trial in state court set in April in which the defendant is charged with solicitation to commit murder. It appears unlikely that the state court matter will be resolved short of trial, and because of the serious nature of the case, it will be the focus of a great amount of time and attention.

5. Undersigned counsel has consulted with Assistant U.S. Attorney James Klindt, who represents the government. Mr. Klindt does not oppose a continuance to the May, 2007 trial term.

6. By this motion, a continuance to the May, 2007 trial term is requested, as well as a continuance of the status hearing.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.

*s/Mark J. Rosenblum*
Mark J. Rosenblum
Florida Bar No. 289175
500 North Ocean Street
Jacksonville, Florida 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
mjrlaw@bellsouth.net
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James R. Klindt, Esq. and Kathleen O'Malley, Esq.
Assistant U.S. Attorneys

*s/Mark J. Rosenblum*