**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                CASE NO.  3:06-cr-211(S1)-J-32HTS

TONY HENDERSON
_____

### ORDER

This case is before the Court on Defendant Henderson's Unopposed Motion to Continue Trial and Status Hearing (Doc. #47).  Accordingly, it is now

**ORDERED:**

1.      For the reasons stated in defendant's motion (Doc. #47), the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(8)(A)); Defendant Henderson's Unopposed Motion to Continue Trial and Status Hearing  (Doc. #47) is **GRANTED**.

2.      The **status conference** previously set for March 19, 2007 is **rescheduled** before the undersigned on **April 23, 2007 at 4:00 p.m.,** and **jury trial** previously set for the March 2007 term is **rescheduled** for the trial term commencing **May 1, 2007 at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** in Jacksonville, Florida, this  8th   day of March, 2007.

/s/ Timothy J. Corrigan
TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:

Asst. U.S. Attorney (Klindt)
Asst. U.S. Attorney (O'Malley)
Mark Rosenblum, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshal's Service
Defendant