UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:06-cr-211-J-32HTS

**TONY HENDERSON**

**DEFENDANT HENDERSON'S AND UNITED STATES'
JOINT MOTION TO CONTINUE TRIAL FROM MAY
TO JULY, 2007, AND TO CONTINUE STATUS HEARING**

The defendant Tony Henderson and the United States jointly request a continuance of this case from the May, 2007 to the July, 2007 trial term, based on the following considerations:

1. Henderson is charged with various offenses relating to the distribution of marijuana.

2. Trial is currently scheduled for the May, 2007 trial term, with a status hearing set for April 23, 2007.

3. Both sides need more time for trial preparation, and to explore potential dispositions of this case that would obviate the need for a trial. Therefore, a continuance to the July, 2007 trial term is requested.

4. Acting United States Attorney James R. Klindt, who now represents the government in this matter, requests that if this motion to continue is granted the trial be set either July 2, 9, or 16, 2007, because of vacation plans he has later in July.

5. Mr. Klindt has authorized undersigned counsel to represent

that he joins in this motion on behalf of the United States.

6. By this motion, it is requested that Henderson's trial be continued to the July, 2007 trial term, and the status hearing be continued accordingly.

>Respectfully submitted,
>
>MARK J. ROSENBLUM, P.A.
>
>s/*Mark J. Rosenblum*
>Mark J. Rosenblum
>Florida Bar No. 289175
>Attorney for Defendant
>500 N. Ocean Street
>Jacksonville, FL 32202
>Telephone: 904.354.6002
>Facsimile: 904.354.6637
>mjrlaw@bellsouth.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>James R. Klindt, Esq.
>Acting United States Attorney

>s/*Mark J. Rosenblum*