UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by James R. Klindt, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government counsel for Assistant United States Attorney D. Rodney Brown and Assistant United States Attorney Kathleen A. O'Malley.

Respectfully submitted,

JAMES R. KLINDT
Acting United States Attorney

By:   *s/ James R. Klindt*
JAMES R. KLINDT
Acting United States Attorney
Florida Bar No. 0612847
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail:         james.klindt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark J. Rosenblum, Esq.

I hereby certify that on April 18, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

    N/A

*s/ James R. Klindt*
JAMES R. KLINDT
Acting United States Attorney
Florida Bar No. 0612847
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:      james.klindt@usdoj.gov