UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON

**UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT'S
MOTION TO ALLOW TRAVEL OUTSIDE MIDDLE DISTRICT OF FLORIDA**

The United States of America, by James R. Klindt, Acting United States Attorney for the Middle District of Florida, files this response in support of Defendant Henderson's Motion to Allow Travel Outside Middle District of Florida (Doc. 50) and states the following:

1. On April 16, 2007 Defendant filed said motion for the purpose of visiting his mother in Panama City, Florida from April 19, 2007 to April 22, 2007.

2. The United States does not oppose this request.

Respectfully submitted,

JAMES R. KLINDT
Acting United States Attorney

By: *s/ James R. Klindt*
JAMES R. KLINDT
Acting United States Attorney
Florida Bar No. 0612847
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: james.klindt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark J. Rosenblum, Esq.

I hereby certify that on April 18, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

    N/A

    *s/ James R. Klindt*
    JAMES R. KLINDT
    Acting United States Attorney
    Florida Bar No. 0612847
    300 North Hogan Street, Suite 700
    Jacksonville, Florida  32202-4270
    Telephone:   (904) 301-6300
    Facsimile:    (904) 301-6310
    E-mail:        james.klindt@usdoj.gov