**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON

## **ORDER**

This case is before the Court on Defendant Henderson's and United States' Joint Motion to Continue Trial From May to July, 2007 and to Continue Status Hearing (Doc. #49). Accordingly, it is now

**ORDERED:**

1. For the reasons stated in the joint motion (Doc. #49), the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(8)(A)); Defendant Henderson's and United States' Joint Motion to Continue Trial From May to July, 2007 and to Continue Status Hearing (Doc. #49) is **GRANTED**.

2. The **status conference** previously set for April 23, 2007 is **rescheduled** before the undersigned on **June 18, 2007 at 4:00 p.m.,** and **jury trial** previously set for the May 2007 term is **rescheduled** for the trial term commencing **July 2, 2007 at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. No further continuances will

be considered by the Court, except upon extraordinary circumstances.

**DONE AND ORDERED** in Jacksonville, Florida, this  18th  day of April, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:

Asst. U.S. Attorney (Klindt)
Mark Rosenblum, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshal's Service
Defendant