UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.      Case No. 3:06-cr-211-J-32HTS

TONY HENDERSON
  a/k/a "Hollywood"

## NOTICE OF APPEARANCE

The United States of America, by James R. Klindt, Acting United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as co-counsel for the United States in the above-captioned case.

Please forward all materials in this case to both counsel and co-counsel from this date forward.

    Respectfully submitted,

    JAMES R. KLINDT
    United States Attorney

By:   *s/ D. J. Pashayan*
    D. J. PASHAYAN
    Assistant United States Attorney
    USA 086
    300 North Hogan Street, Suite 700
    Jacksonville, Florida 32202-4270
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail: don.pashayan@usdoj.gov

U.S. v. TONY HENDERSON	Case No. 3:06-cr-211-J-32HTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark J. Rosenblum, Esq.

    Alexander R. Christine, Esq.

I hereby certify that on May 31, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

    N/A

*s/ D. J. Pashayan*
D. J. PASHAYAN
Assistant United States Attorney
USA 086
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: don.pashayan@usdoj.gov