UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 3:06-cr-211(S1)-J-32HTS

**TONY HENDERSON**

---------------------------

### DEFENDANT HENDERSON'S UNOPPOSED MOTION
### TO ALLOW TRAVEL OUTSIDE MIDDLE DISTRICT OF FLORIDA

The defendant, Tony Henderson, by his counsel, requests permission to travel outside the Middle District of Florida from June 9, 2007 to June 11, 2007, based on the following considerations:

1. Henderson's Order Setting Conditions of Release restricts his travel to the Middle District of Florida.

2. Henderson would like to visit his mother, Lottie Henderson, in Panama City from June 9, 2007 to June 11, 2007. Lottie Henderson resides at 107 Oakwood Drive, Panama City, Florida 32405. Her phone number is 850-769-0616.

3. Acting United States Attorney James R. Klindt does not oppose this motion.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.


*s/Mark J. Rosenblum*
Mark J. Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
mjrlaw@bellsouth.net


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 7, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James R. Klindt, Esq.
Acting United States Attorney


*s/Mark J. Rosenblum*