**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

-vs-   CASE NO: 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON
 a/k/a "Hollywood"

_____

**ORDER**

Defendant Henderson's Unopposed Motion to Allow Travel Outside Middle District of Florida (Doc. #59), is **GRANTED.** Accordingly, it is

**ORDERED:**

1. Defendant is permitted to visit his mother in Panama City from June 9, 2007, to June 11, 2007. While in Panama City, Defendant shall reside with his mother at 107 Oakwood Drive, Panama City, Florida 32405.

2. Defendant shall immediately contact the Pretrial Services officer assigned to this matter upon his return.

3. All other provisions contained in the Order Setting Conditions of Release (Doc. #8), entered on June 7, 2006, as modified on November 7, 2006, *see* Order (Doc. #40), shall remain in effect.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of June, 2007.

                                                 */*s/ Howard T. Snyder
                                                 HOWARD T. SNYDER
                                                 UNITED STATES MAGISTRATE JUDGE

Copies to:
Acting U.S. Attorney (Klindt)
Mark Rosenblum, Esquire
United States Pretrial Services
United States Marshal
Defendant