**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| UNITED STATES OF AMERICA | CASE NO. 3:06-cr-211-J-32HTS |
|---|---|
| v. | |
| TONY HENDERSON | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Jim Klindt | Mark Rosenblum |
| Don Pashayan | |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz    Court Reporter: Shannon Bishop

CLERK'S MINUTES
PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE
TRIAL TIME (Estimated Number of Days):   3 days

This case shall remain set on the July, 2007 trial term.

**ORDER SCHEDULING TRIAL TO ENTER.**

DATE: 6/22/07          TIMES: 11:32 a.m. - 11:47 a.m.          TOTAL: 15 Minutes