UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:06-cr-211(S1)-J-32 HTS

**TONY HENDERSON**

--------------------------------------------

### DEFENDANT HENDERSON'S UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, Tony Henderson, by his counsel, moves for a continuance of his trial, based on the following considerations:

1. Henderson is charged with various offenses relating to the distribution of marijuana.

2. This case is scheduled for the Court's July, 2007 trial term.

3. Undersigned counsel also represents Ronald L. Jenkins. *United States v. Jenkins,* Case No: 3:06-cr-185-J-25HTS, is scheduled during the July, 2007 trial term. In order to effectively represent both Mr. Henderson and Mr. Jenkins, a continuance of the Henderson case is requested.

4. Defendant Henderson is not in custody.

5. Defendant Henderson concurs in this request and agrees that the time is excludable under the Speedy Trial Act.

7. By this motion, it is requested that Henderson's trial be continued to the **September, 2007** trial term.

8. Acting United States Attorney James Klindt does not oppose this motion.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.

s/Mark J. Rosenblum
Mark J. Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
markrosenblumlaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James Klindt, Esq.
Acting United States Attorney

s/Mark J. Rosenblum