**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                 CASE NO: 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON
 a/k/a "Hollywood"

_____

## ORDER

Defendant Henderson's Unopposed Motion to Allow Travel Outside Middle District of Florida (Doc. #67), is **GRANTED.** Accordingly, it is

**ORDERED:**

1. Defendant is permitted to visit his mother in Panama City from July 11, 2007, to July 25, 2007. While in Panama City, Defendant shall reside with his mother at 107 Oakwood Drive, Panama City, Florida 32405.

2. Defendant shall immediately contact the Pretrial Services officer assigned to this matter upon his return.

3. All other provisions contained in the Order Setting Conditions of Release (Doc. #8), entered on June 7, 2006, as modified on November 7, 2006, *see* Order (Doc. #40), shall remain in effect.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of July, 2007.

　　　　　　　　　　　　　　　　　　 /s/  Howard T. Snyder
　　　　　　　　　　　　　　　　　　HOWARD T. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies to:
Acting U.S. Attorney (Klindt)
Asst. U.S. Attorney (Pashayan)
Mark Rosenblum, Esquire
United States Pretrial Services
United States Marshal
Defendant