UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-211(S1)-J-32HTS

v.

TONY HENDERSON

## UNOPPOSED MOTION TO CONTINUE TRIAL

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to the Court's inherent authority and Title 18, United States Code, Section 3161, *et seq.,* hereby respectfully requests that the Court enter an order continuing the trial in this case until the October 2007 trial term, for the following reasons:

1. On August 27, 2007, the undersigned intended to meet with Pedro Fernandez de Campa ("Fernandez") at the United States Courthouse as part of the United States' trial preparations. Drug Enforcement Administration and Federal Bureau of Investigation agents advised the undersigned that they were unable to secure Fernandez's presence for this meeting because Fernandez recently developed a serious infection that caused slight paralysis in Fernandez's face and required Fernandez to undergo treatment for approximately three (3) days.

2. Later that afternoon, the undersigned spoke with Mr. Donovan Johns, who is the Health Services Administrator at the D. R. James Prison in Folkston, Georgia. According to Mr. Johns, Fernandez complained of dizziness and high blood pressure and was diagnosed with an ear infection which caused some form of paralysis in Fernandez's face. Mr. Johns advised that Fernandez is being housed in the medical

facility at the prison and is receiving three days worth of intravenous antibiotics and ten days worth of oral antibiotics.  Mr. Johns further advised that he anticipates that Fernandez will be back to normal health in three to five days' time.

3. Unfortunately, this situation is affecting the United States' ability to prepare Fernandez to testify next week at trial.  As such, the United States contacted counsel for the defendant, Mark Rosenblum, Esq., and inquired whether the defendant would oppose a continuance.  Although Mr. Rosenblum initially suggested that perhaps this trial could commence later in the September trial term, Mr. Rosenblum advised that the defendant would not oppose a continuance until the October 2007 trial term.[1]

4. As such, the United States is respectfully requesting that the Court enter an order continuing the trial until the October 2007 trial term.  This request is not made for purposes of delay or any improper purpose.

5. The United States suggests that, for the reasons set forth above, the ends of justice served by granting a continuance outweigh the public and the defendant's

---

[1] The United States is not opposed to Mr. Rosenblum's suggestion, but noted that Mr. Rosenblum would not be available the week of September 10, 2007.

interests in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully Submitted,

JAMES R. KLINDT
Acting United States Attorney

By: *s/ D. J. Pashayan*
D. J. PASHAYAN
Assistant United States Attorney
USAO No. 086
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
Phone: (904) 301-6300
Fax: (904) 301-6310
Email: Don.Pashayan@USDOJ.GOV

U.S. v. TONY HENDERSON                              Case No. 3:06-cr-211(S1)-J-32HTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

    Mark Rosenblum, Esq.

I HEREBY CERTIFY that on August 27, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent via facsimile to the following non-CM/ECF participants:

    None.

                                              s/ *D. J. Pashayan*
                                              D. J. PASHAYAN
                                              Assistant United States Attorney