**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:06-cr-211(S1)-J-32HTS

TONY HENDERSON

### ORDER RE-SCHEDULING TRIAL

This case came before the Court on government's Unopposed Motion to Continue Trial (Doc. 78), in which it is represented that the defendant does not oppose the Motion. Accordingly, it is now

**ORDERED:**

1. For the reasons stated in the Motion, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(8)(A)); the Motion (Doc. 78) is **GRANTED**.

2. A **status conference and hearing on all pending motions** is set for **September 6, 2007 at 2:00 p.m. Trial** previously set to begin September 4, 2007 is **rescheduled** to begin **October 1, 2007 at 9:00 a.m.** in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

3.     Each party shall file with the Clerk of the Court: proposed **Jury Instructions**, proposed **Voir Dire**, proposed **brief statement of the case** to be read to the venire, as well as any form of **Special Verdict**, if one is required in the case, **no later than September 25, 2007.**  Copies shall be served on all other parties, and two (2) copies marked "**Judge's courtesy copy**" of each shall be provided directly to Judge Corrigan's Chambers, Suite 11-100.

**NOTE**:  If your office technology permits, please provide the Court with a disk containing your jury instructions in WordPerfect format.

4.     On the date trial commences, each party **shall file with the Clerk's Office** (Room 9-150) the original of their respective **Exhibit List** and **Witness List**, and shall provide **three (3) copies** thereof to the Courtroom Deputy Clerk in the courtroom at the beginning of the trial.  All exhibits are to be pre-marked in accordance with the attached instructions.  M.D. Fla. Rule 3.07.  An extra copy of the exhibits must be provided to the Court.

5.     Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of their case by calling Marielena Diaz, Courtroom Deputy, at 904-549-1303.

6.     Counsel for the defendant on bond is charged with the responsibility of notifying defendant when the case is called for trial and that his presence is required.

7. During trial only, counsel for the parties are permitted to enter the courthouse with cellular telephones, laptop computers and electronic equipment and, further, are **GRANTED** permission to use their equipment[1] within the courthouse facilities. The individuals must present valid picture identification, upon request, to the Court Security Officers assigned to this facility.

**DONE AND ORDERED** in Jacksonville, Florida, this 29th day of August, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

James R. Klindt, AUSA
D.J. Pashayan, AUSA
Mark Rosenblum, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant

---

[1] Cell phones must be turned off while in the courtroom.