UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

UNITED STATES OF AMERICA

vs. Case No. 3:06-cr-211-J-32HTS

TONY HENDERSON

---

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy: Susanne R. Weisman
Court Reporter: Shannon Bishop

| Counsel for the Government: | Counsel for Defendant: |
|---|---|
| Don J. Pashayan, Esq. (AUSA) | Mark J. Rosenblum, Esq. |
| (Florentino Rosales, DEA case agent, present) | (defendant Tony Henderson, present) |

---

### CLERK'S MINUTES

PROCEEDINGS: HEARING on PENDING MOTIONS (Docs. 62, 69, 70, 71, 75, 76, 77)

Argument by counsel.

Evidentiary hearing on motion to suppress

    Gov't witness: SA Florentino Rosales

    Gov't Exhibits 1, 2, 3 identified and admitted into evidence
        Exhibit List:    Ex. 1: Criminal Complaint and affidavit
                          Ex. 2: Signed DEA 13A form
                          Ex. 3: DEA Form 6- Report of Investigation

Further argument by counsel.
Court takes motions under advisement.

**ORDER TO ENTER.**

_____

DATE: September 6, 2007                TIME: 2:00 p.m. - 5:10 p.m.