UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                   CASE NO: 3:06-cr-211(S1)-J-32HTS

**TONY HENDERSON**

**DEFENDANT HENDERSON'S UNOPPOSED MOTION
TO ALLOW TRAVEL OUTSIDE MIDDLE DISTRICT OF FLORIDA**

The defendant, Tony Henderson, by his counsel, requests permission to travel outside the Middle District of Florida from September 20, 2007 to September 23, 2007, based on the following considerations:

1. Henderson's Order Setting Conditions of Release restricts his travel to the Middle District of Florida.

2. Henderson would like to visit his mother, Lottie Henderson, in Panama City from September 20, 2007 to September 23, 2007. Lottie Henderson resides at 107 Oakwood Drive, Panama City, Florida 32405. Her phone number is 850-769-0616.

3. Acting United States Attorney Jim Klindt does not oppose this motion.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.

s/*Mark J. Rosenblum*
Mark J. Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
markrosenblumlaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James R. Klindt, Esq.
Acting United States Attorney

Don Pashayan, Esq.
Assistant United States Attorney

s/*Mark J. Rosenblum*