**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON

### **ORDER**

This case came before the Court on Defendant Henderson's Unopposed Motion to Continue Trial to December, 2007 Trial Term (Doc. 90). Accordingly, it is now

**ORDERED:**

1. For the reasons stated in the Motion, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(8)(A)); the motion (Doc. 90) is **GRANTED**.

2. A **status conference** is set for **November 19, 2007 at 4:00 p.m.,** and **Jury trial** previously set to begin on October 1, 2007 is **rescheduled** for the trial term commencing **December 3, 2007 at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** in Jacksonville, Florida, this 23rd day of September, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

Don Pashayan, AUSA
Mark Rosenblum, Esq.
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant