**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON
 a/k/a "Hollywood"

---

**NOTICE OF SETTING ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT**

**TAKE NOTICE** that this case is hereby **SET** for **ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT** on **October 2, 2007, at 10:30 A.M.,** before the Honorable Howard T. Snyder, United States Magistrate Judge, in Courtroom No. 5A, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

September 24, 2007

                                         HOWARD T. SNYDER
                                         United States Magistrate Judge

                                      By: /s/ Mamendella York
                                             Courtroom Deputy Clerk

Copy to:
Asst. U. S. Attorney (Pashayan)
Mark Rosenblum, Esquire
United States Marshal
U. S. Probation
U. S. Pretrial
Defendant

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.