UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-211(S2)-J-32HTS

v.

TONY HENDERSON

## UNITED STATES' MOTION TO CONTINUE
## TRIAL TERM SUBPOENAS AND WRITS AD TESTIFICANDUM

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests, pursuant to Federal Rule of Criminal Procedure 17 and the Court's inherent authority, that the Court enter an order continuing the trial subpoenas and writs ad testificandum, which were issued for the September and October 2007 trial terms, and in support thereof states the following:

1. Trial in this matter was scheduled for the September 2007 trial term and was later rescheduled for the October 2007 term.

2. The United States requested that United States District Court Clerk of Court issue trial subpoenas for witness testimony and documentary evidence for said trial terms. The Court has also issued at least one writ ad testificandum for said trial terms.

3. On September 21, 2007, the defendant moved to continue the trial, and the Court subsequently entered an order continuing the trial until the December 2007 trial term.

4. Because of this continuance, the United States would respectfully request

that the Court continue its trial subpoenas and/or writ ad testificandum(s) and give them full force and effect so that the individuals and corporations who have been called upon to testify and/or present documentary evidence during the September and October 2007 trial terms will be required to do so, without the issuance of a new subpoena or writ ad testificandum, during the December 2007 trial term.

5. The undersigned has consulted with Mark Rosenblum ,Esq., counsel for the defendant, about this motion and was advised that the defendant does not oppose said motion.

Based on the foregoing, the United States respectfully requests that the Court enter an order directing that the trial subpoenas and writ ad testificandum(s) issued for the September and October 2007 trial terms be continued and given full force and effect for the December 2007 term.

Respectfully submitted,

JAMES R. KLINDT
Acting United States Attorney

By: */s/ D. J. Pashayan*
D. J. PASHAYAN
Assistant United States Attorney
USAO No. 086
300 N. Hogan Street, Ste. 700
Jacksonville, Florida 32202
Tel. No. (904) 301-6300
Facsimile: (904) 301-6310
Email: Don.Pashayan@usdoj.gov

U.S. v. TONY HENDERSON                           Case No. 3:06-cr-211(S2)-J-32HTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th of September, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark Rosenblum, Esq.

I hereby certify that on 24th of September, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

None.

*/s/ D. J. PASHAYAN*
D. J. PASHAYAN
Assistant United States Attorney