# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED IN OPEN COURT
10-2-07
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

-vs-

TONY HENDERSON
a/k/a "Hollywood"

Case No. 3:06-cr-211(S2)-J-32HTS

Defense Atty.: Mark Rosenblum, Esquire
Acting USA: James R. Klindt, Esquire

| JUDGE | Howard T. Snyder U. S. Magistrate Judge | DATE AND TIME | 10/2/2007 10:24 a.m. - 10:44 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Mamendella York | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION: | None |

## CLERK'S MINUTES

**PROCEEDINGS: Arraignment on Second Superseding Indictment**

Defendant was advised of his rights.

Defendant waived a full and complete reading of the Indictment.

Defendant was advised of charges, penalties, special assessment(s), and forfeiture provision.

**Not guilty plea entered by Defendant.**

All discovery and other matters filed in connection with the original Indictment shall be considered applicable to the second superseding Indictment.

**Motions prompted from the return of the second superseding Indictment shall be filed and copies served on counsel for the United States on or before October 19, 2007.**

**The United States shall reply to motions on or before October 26, 2007.**

The dates for the status conference and trial before the Hon. Timothy J. Corrigan , remain as **RESET** for **November 19, 2007, at 4:00 P.M., and December 3, 2007, at 9:00 A.M.**, respectively.

**Order to Enter.**

Defendant is currently released on bond.

Copies to: Marielena Diaz, Courtroom Deputy.