**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                             CASE NO: 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON
 a/k/a "Hollywood"

## **O R D E R**

1. Motions prompted from the return of the second superseding Indictment shall be filed and copies served on counsel for the United States on or before **October 19, 2007**.

2. All discovery and other matters filed in connection with the previous indictments shall be considered applicable to the second superseding Indictment

3. The status conference and trial before the Honorable Timothy J. Corrigan, United States District Judge, remain as rescheduled for **November 19, 2007**, **at 4:00 P.M.**, and **December 3, 2007, at 9:00 A.M.**, respectively. These proceedings will be held in Courtroom 10B (10th Floor), United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of October, 2007.

                                                                              /s/ Howard T. Snyder
                                                                              HOWARD T. SNYDER
                                                                              United States Magistrate Judge

Copies to:
Acting United States Attorney (Klindt)
Mark Rosenblum, Esquire
United States Marshal
Defendant