UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    **v.**                                     CASE NO: 3:06-cr-211(S2)-J-32HTS

**TONY HENDERSON**

### DEFENDANT HENDERSON'S UNOPPOSED MOTION TO EXTEND MOTION FILING DATE FROM OCTOBER 19 TO OCTOBER 26, 2007

The defendant, Tony Henderson, by his counsel, moves for an extension of time to file motions, from October 19 to October 26, 2007, based on the following considerations:

1. The Court set October 19, 2007 as the date by which motions prompted by the Second Superseding Indictment should be filed.

2. Undersigned counsel needs an additional week to research and prepare motions.

3. Trial is scheduled for the December 3, 2007 trial term.

4. Assistant United States Attorney Don Pashayan does not oppose this motion.

                                                  Respectfully submitted,

                                                MARK J. ROSENBLUM, P.A.

                                                *s/*Mark J. Rosenblum
                                                Mark J. Rosenblum
                                                Florida Bar No. 289175
                                                Attorney for Defendant
                                                500 N. Ocean Street
                                                Jacksonville, FL 32202
                                                Telephone: 904.354.6002
                                                Facsimile: 904.354.6637
                                                markrosenblumlaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Don Pashayan, Esq.
Assistant United States Attorney

*s/*Mark J. Rosenblum