UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON

**DEFENDANT HENDERSON'S UNOPPOSED MOTION TO EXTEND
ALLOWABLE TIME TO FILE MOTIONS TO OCTOBER 29, 2007**

The defendant, Tony Henderson, by his counsel, moves for an extension of time to file motions, from October 26, 2007 to October 29, 2007, based on the following considerations:

1. The Court has extended the time for the filing of motions prompted by the filing of the Superseding Indictment to October 26, 2007.

2. Undersigned counsel requests an extension to October 29, 2007 to file motions.

3. This extension is being requested because undersigned counsel is preparing for a murder trial scheduled in Circuit Court on November 5, 2007, and motions are also due in that case as well.

4. Assistant United States Attorney Don Pashayan does not oppose this motion.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.

*s/*Mark J. Rosenblum
Mark J. Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
markrosenblumlaw@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Don Pashayan, Esq.
>Assistant United States Attorney

>*s/*Mark J. Rosenblum