UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON
  a/k/a "Hollywood"


**MOTION TO DISMISS FORFEITURE ALLEGATIONS AS TO COUNTS
SIX THROUGH ELEVEN OF THE SECOND SUPERSEDING INDICTMENT**

The United States of America, by and through the undersigned Assistant

United States Attorney, moves to dismiss the forfeiture allegation as to Counts

Six through Eleven of the Second Superseding Indictment (Dkt. 89) as follows:

1.      On September 20, 2007, Defendant Tony Henderson, a/k/a

"Hollywood," was charged in a Second Superseding Indictment (Dkt. 89) wherein

the United States sought forfeiture, pursuant to 21 U.S.C. § 853, based on the

allegations contained in Counts One through Eleven of the following property:

> All that lot or parcel of land, together with its buildings,
> appurtenances, improvements, fixtures, attachments
> and easements, located at  6195 Oakdale Lane,
> Macclenny, Florida, 32063, titled in the names of
> Tony and Linda L. Henderson.

2.      The charges alleged in Counts One through Five of the Second

Superseding Indictment, 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(D), provide

for forfeiture of proceeds and/or property used or intended to be used to facilitate

such violations, pursuant to 21 U.S.C. § 853(a)(1) and (a)(2); however, there is

no forfeiture provision to support the charge alleged in Counts Six through

Eleven, 21 U.S.C. § 843(b).

WHEREFORE, the United States respectfully moves the Court to dismiss

the forfeiture allegation as to Counts Six through Eleven of the Second

Superseding Indictment.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney


By:    *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Florida Bar No. 0748307
Assistant United States Attorney
United States Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Fax: (904) 301-6310
E-mail:  bonnie.glober@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will

send a notice of electronic filing to the following:

James R. Klindt
james.klindt@usdoj.gov,JAXDOCKET.Mailbox@usdoj.
gov,thomas.divita@usdoj.gov

Don J. Pashayan
don.pashayan@usdoj.gov,JAXDocket.Mailbox@usdoj.gov,
thomas.divita@usdoj.gov

Mark J. Rosenblum
markrosenblumlaw@bellsouth.net,nhamlin@bellsourth.net


By:     *s/ Bonnie A. Glober*
        BONNIE A. GLOBER
        Florida Bar No. 0748307
        Assistant United States Attorney
        United States Attorney's Office
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Fax: (904) 301-6310
        E-mail:  bonnie.glober@usdoj.gov