**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON
_____

**ORDER**

This case came before the Court on Defendant Henderson's Unopposed Motion to Extend Allowable Time to File Motions to October 29, 2007 (Doc.101). Accordingly, it is hereby

**ORDERED:**

The Motion (Doc. 101) is **GRANTED**. The defendant will have until October 29, 2007 to file motions.

**DONE AND ORDERED** in Jacksonville, Florida, this 30th day of October, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

Don Pashayan, AUSA
Mark Rosenblum, Esq.
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant