UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-211(S2)-J-32HTS

v.

TONY HENDERSON

**UNOPPOSED MOTION FOR ADDITIONAL TIME**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to the Court's inherent authority, hereby respectfully requests the Court enter an order granting the United States additional time, up to and including November 9, 2007, to respond to the defendant's motions, for the following reasons:

1. On October 2, 2007, the defendant was arraigned on the second superseding indictment. Doc. # 96. At that time, the Court ordered the defendant to file motions prompted by the superseding indictment by October 19, 2007, and ordered the United States to respond to such motions by October 26, 2007. Doc. ##s 96, 97. The defendant then filed motions seeking additional time to file its motions until October 29, 2007. Doc. ##s 98, 101. The Court granted these motions. Doc. ##s 99, 106.

2. On October 29, 2007, the defendant filed, in substance, a motion to sever and motion to dismiss. Doc. ##s 104, 105. The United States anticipates that its responses are due on November 5, 2007.

3. For the past few weeks, the undersigned has been steadily preparing for the trial of <u>United States v. Rodney Smith and Jasmine Allen,</u> Case No. 3:06-cr-289(S1)-J-33MCR, which was scheduled for trial the week of November 5, 2007. On November 2, 2007, the Court granted defendant Jasmine Allen's motion to continue the

trial in that case due a dental emergency.

4. The United States respectfully requests additional time to respond to the defendant's motions in this case because of the time the undersigned allocated preparing for the trial of <u>United States v. Rodney Smith, et al.</u> Mark Rosenblum, Esq., advised the undersigned that he does not oppose the undersigned's request for additional time.

WHEREFORE, the United States respectfully requests that the Court enter an order granting the United States additional time, up to and including November 9, 2007, to respond to the defendant's motions.

Respectfully Submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ D. J. Pashayan*
D. J. PASHAYAN
Assistant United States Attorney
USAO No. 086
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
Phone: (904) 301-6300
Fax: (904) 301-6310
Email: Don.Pashayan@USDOJ.GOV

U.S. v. TONY HENDERSON                    Case No. 3:06-cr-211(S2)-J-32HTS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

    Mark Rosenblum, Esq.

I HEREBY CERTIFY that on November 2, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent via facsimile to the following non-CM/ECF participants:

    None.

                                                s/ *D. J. Pashayan*
                                                D. J. PASHAYAN
                                                Assistant United States Attorney