**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.	Case No. 3:06-cr-211-J-32JRK

**TONY HENDERSON**
_____/

# ORDER OF RECUSAL

The undersigned hereby recuses himself from further proceedings in this action.

**DONE AND ORDERED** at Jacksonville, Florida on November 6, 2007.

_____
JAMES R. KLINDT
United States Magistrate Judge

Copies furnished to:

Counsel of Record