UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-211(S2)-J-32HTS

v.

TONY HENDERSON

## UNITED STATES' SECOND NOTICE OF INTENT TO INTRODUCE EVIDENCE UNDER FED. R. EVID. 404(b)

Pursuant to Rule 404(b), Federal Rules of Evidence, the United States hereby notifies the defendant of its intention to use the following evidence during the cross-examination of the defendant should he testify and/or in the United States' rebuttal case:[1]

1.      On or about November 11, 2006, the defendant approached Assistant United States Attorny Michael Gallagher at Mr. Gallgher's residence and advised Mr. Gallagher, in substance, that Mr. Gallagher needed to speak with the United States Attorney's Office and "make his case go away."[2]

2.      That between in or about 1992 and in or about 1996, the Department of Homeland Security, Office of Investigations, investigated twenty separate allegations of misconduct involving the defendant, which ranged from failure to properly perform his

---

[1] The United States submits that it intends to use such information during the cross-examination of the defendant should he testify and/or in the United States' rebuttal case, and not in its case in chief.

[2] This information was brought by Assistant United States Attorney Kathleen O'Malley to the attention of the Court, the defendant, and counsel during the defendant's arraignment on the first superseding indictment.

duties, theft of detainee property, and extortion.  No action was taken by investigators with

respect to any of these allegations.[3]

                                        Respectfully submitted,

                                        ROBERT E. O'NEILL
                                        United States Attorney

                        By:     *s/ D. J. Pashayan*
                                        D. J. PASHAYAN
                                        Assistant United States Attorney
                                        USAO No. 086
                                        300 North Hogan Street, Suite 700
                                        Jacksonville, Florida  32202-4270
                                        Telephone:    (904) 301-6300
                                        Facsimile:    (904) 301-6310
                                        E-mail:        Don.Pashayan@usdoj.gov

---

[3] In a discovery letter dated October 12, 2007, the United States provided
the defendant with the following written notice with respect to the above mentioned
internal affairs investigations:

> "Please be advised that, pursuant to Federal Rule of Evidence 404(b), the
> United States intends to introduce evidence related to the defendant's
> prior internal investigations referenced above during the cross-
> examination of the defendant should he testify, and/or in the United
> States' rebuttal case."

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the November 14, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

Mark Rosenblum, Esq.

I HEREBY CERTIFY that on November 14, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent via facsimile to the following non-CM/ECF participants:

None.

<div style="margin-left:50%;">

*s/ D. J. Pashayan*
D. J. PASHAYAN
Assistant United States Attorney
USAO No. 086
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Don.Pashayan@usdoj.gov

</div>