**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON

## SECOND ORDER ON PRETRIAL MOTIONS[1]

This case is before the Court on pending pretrial motions and responses thereto.

A. The government's Motion to Dismiss Forfeiture Allegations as to Counts Six Through Eleven of the Second Superseding Indictment (Doc. 102) is **GRANTED**.

B. Defendant's Motion to Dismiss Counts One, Two and Three of Second Superseding Indictment Because of Pre-Indictment Delay (Doc. 104), to which the government has filed a response in opposition (Doc. 112), is **DENIED**, the Court finding that the circumstances of any delay here do not meet the standards required for dismissal. See United States v. Foxman, 87 F.3d 1220, 1222 (11th Cir. 1996).

C Defendant's Motion to Sever Counts One, Two, and Three from Counts Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven in the Second Superseding Indictment (Doc. 105), to which the government has responded in opposition (Doc. 114), is **DENIED**. The government's written proffer (see Doc. 114) sufficiently demonstrates that Counts One, Two, and Three may be properly joined with the remaining counts of the Second Superseding

---

[1]Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Indictment pursuant to Fed.R.Crim.P. Rule 8(a). The Court further finds that any potential prejudice to defendant does not rise to the level that would require severance pursuant to Rule 14(a). Additionally, an appropriate limiting instruction will cure any potential prejudice that does arise.

D. This case is hereby **SET** for a final status conference on **November 27, 2007 at 2:00 p.m.** before the undersigned in Courtroom 10B. In accordance with the Second Order Scheduling Trial (Doc. 103), this case remains set for trial beginning on **December 3, 2007 at 9:00 a.m.**

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of November, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Don J. Pashayan, Esq. (AUSA)
Mark J. Rosenblum, Esq.