UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-211(S2)-J-32HTS

v.

TONY HENDERSON

## UNITED STATES' REQUEST FOR JUDICIAL NOTICE UNDER FED. R. EVID. 201

Pursuant to Rule 201, Federal Rules of Evidence, the United States hereby respectfully requests that the Court take judicial notice that Hurricane Katrina made landfall in the Gulf Coast region of the United States, to include Mississippi and Louisiana, in late August of 2005.

      Respectfully submitted,

      ROBERT E. O'NEILL
      United States Attorney

By:   *s/ D. J. Pashayan*
      D. J. PASHAYAN
      Assistant United States Attorney
      USAO No. 086
      300 North Hogan Street, Suite 700
      Jacksonville, Florida 32202-4270
      Telephone: (904) 301-6300
      Facsimile: (904) 301-6310
      E-mail: Don.Pashayan@usdoj.gov

U.S. v. TONY HENDERSON	Case No. 3:06-cr-211(S2)-J-32HTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

Mark Rosenblum, Esq.

I HEREBY CERTIFY that on the 19th day of November, 2007, a true and correct copy of the foregoing document and the notice of electronic filing was sent via facsimile to the following non-CM/ECF participants:

None.

*s/ D. J. Pashayan*
D. J. PASHAYAN
Assistant United States Attorney
USAO No. 086
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:      Don.Pashayan@usdoj.gov
