UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON
 a/k/a Hollywood

# **VERDICT**

1. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT ONE of the Superseding Indictment

 Not Guilty _____  Guilty _____

[Note: If you find the Defendant not guilty as charged in Count One, you should proceed to paragraph 2.]

2. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT TWO of the Superseding Indictment.

 Not Guilty _____  Guilty _____

[Note: If you find the Defendant not guilty as charged in Count Two, you should proceed to paragraph 3.]

3. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT THREE of the Superseding Indictment.

 Not Guilty _____  Guilty _____

[Note: If you find the Defendant not guilty as charged in Count Three, you should proceed to paragraph 4.]

4. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT FOUR of the Superseding Indictment.

    Not Guilty  _____  Guilty  _____

[Note: If you find the Defendant not guilty as charged in Count Four, you should proceed to paragraph 5.]

5. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT FIVE of the Superseding Indictment.

    Not Guilty  _____  Guilty  _____

[Note: If you find the Defendant not guilty as charged in Count Five, you should proceed to paragraph 6.]

6. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT SIX of the Superseding Indictment.

    Not Guilty  _____  Guilty  _____

[Note: If you find the Defendant not guilty as charged in Count Six, you should proceed to paragraph 7.]

7. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT SEVEN of the Superseding Indictment.

    Not Guilty  _____  Guilty  _____

[Note: If you find the Defendant not guilty as charged in Count Seven, you should proceed to paragraph 8.]

8. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT EIGHT of the Superseding Indictment.

Not Guilty _____ Guilty _____

[Note: If you find the Defendant not guilty as charged in Count Seven, you should proceed to paragraph 9.]

9. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT NINE of the Superseding Indictment.

Not Guilty _____ Guilty _____

[Note: If you find the Defendant not guilty as charged in Count Seven, you should proceed to paragraph 10.]

10. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT TEN of the Superseding Indictment.

Not Guilty _____ Guilty _____

[Note: If you find the Defendant not guilty as charged in Count Seven, you should proceed to paragraph 11.]

11. We, the Jury, find the Defendant, Tony Henderson, as charged in COUNT ELEVEN of the Superseding Indictment.

Not Guilty _____ Guilty _____

SO SAY WE ALL, this _____ day of December, 2007.

_____
FOREPERSON