UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                               CASE NO.: 3:06-cr-211(S2)-J-32HTS

**TONY HENDERSON**

### DEFENDANT HENDERSON'S STATEMENT OF THE CASE

The defendant, Tony Henderson, by his counsel, provides the following proposed Statement of the Case:

The Indictment against Mr. Henderson has eleven charges – what we call "counts." Each count charges a different offense, but there is some relationship between them. In essence, Mr. Henderson has been accused by the Government of conspiring to distribute marijuana and distributing marijuana during two different time periods, first in the 2003 to 2004 time period, and second in the 2004 to 2006 time period. He is also accused of making telephone calls to facilitate this marijuana distribution.

It is essential to remember that the charges against Mr. Henderson are just that – **charges.** Mr. Henderson has pled not guilty, and we will count on the jury that is selected to decide whether the Government has proven the accusations against Mr. Henderson beyond a reasonable doubt.

Respectfully submitted,

MARK J. ROSENBLUM, P.A.

s/*Mark J. Rosenblum*
Mark J. Rosenblum
Florida Bar No. 289175
500 North Ocean Street
Jacksonville, Florida 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
markrosenblumlaw@bellsouth.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

D. J. Pashayan, Esq.
Assistant United States Attorney

s/*Mark J. Rosenblum*