# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                    Case No. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy: Susanne R. Weisman
Court Reporter: Shannon M. Bishop

Counsel for the Government:                Counsel for Defendant:
Don J. Pashayan, AUSA, Esq.                Mark J. Rosenblum, Esq.
                                           Defendant, Tony Henderson, present

## CLERK'S MINUTES

PROCEEDINGS:        STATUS HEARING

Court makes various evidentiary rulings on the record:

    A.      Defendant's motion to exclude evidence (Doc. 77) is moot in light of the second superseding indictment;

    B.      Defendant's objection to government's Second Notice of Intent to Introduce Evidence under Fed.R.Evid. 404(b) (Doc. 115) is sustained;

    C.      Government's Request for Judicial Notice under Fed.R.Evid. 201(Doc. 117) is granted without objection; government to request that jury be advised of judicially noticed facts at appropriate time;

    D.      Defendant's *ore tenus* motion to strike alias as surplusage is granted to the extent that defendant may request redacted indictment be given to the jury (if the Court determines to give the indictment to the jury at all);

    E.      Court reserves ruling on hearsay issue re: Land's testimony about initiation of investigation.

Discussion with counsel regarding upcoming trial.

Court to convene at 8:45 a.m. on December 3, 2007 with counsel and Mr. Henderson; venire to be brought up at 9:30 a.m.

Parties to be given 25 minutes per side for opening statements.


DATE:   November 27, 2007                TIME:  2:00 p.m. - 3:30 p.m.