# United States District Court
## Middle District of Florida
## Jacksonville Division

FILED IN OPEN COURT
11-30-07
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

-vs-

TONY HENDERSON
a/k/a Hollywood

Case No. 3:06-cr-211-J-32HTS

Defense Atty.: Mark Rosenblum, Esquire
AUSA: Don Pashayan, Esquire

| JUDGE | Timothy J. Corrigan U. S. District Judge | DATE AND TIME | 11/30/07 2:00 - 2:45 |
|---|---|---|---|
| DEPUTY CLERK | Jodi L. Wiles | TAPE/REPORTER | Shannon Bishop |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## Clerk's Minutes

PROCEEDINGS:              CHANGE OF PLEA

Deft. placed under oath.

Deft. advised of rights, charges, penalties and special assessment.

Deft. enters plea of guilty to Count Five of the Second Superseding Indictment.

Pursuant to the plea agreement, Counts 1-4 and 6-11 will be dismissed at sentencing.

Court finds deft. alert, intelligent and willingly entered plea of guilty.

Order Setting Conditions of Release previously entered shall remain in effect.

Sentencing to be set upon further order of the Court.

Jury trial set for Monday, December 3, 2007 is cancelled.

FILED IN OPEN COURT:
    PLEA AGREEMENT