**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                 CASE NO. 3:06-cr-211-J-32HTS

TONY HENDERSON

**ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING**

Based on the plea colloquy conducted on November 30, 2007, the Court hereby adjudicates the defendant guilty of Count Five of the Second Superseding Indictment.

**SENTENCING** for the defendant is hereby scheduled for **March 25, 2008 at 10:00 a.m.,** before the undersigned in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence. However, notwithstanding this provision, pursuant to 18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN FIVE (5) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

**NOTE: Photo identification is required to enter the United States Courthouse.**

**Cellular telephones and laptop computers are prohibited in the Courthouse.**

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of December, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

Don Pashayan, AUSA
Mark J. Rosenblum, Esquire
United States Marshals Service
United States Probation
United States Pretrial