UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    **v.**                                              CASE NO: 3:06-cr-211(S2)-J-32HTS

**TONY HENDERSON**

### DEFENDANT HENDERSON'S UNOPPOSED MOTION
### TO ALLOW TRAVEL OUTSIDE MIDDLE DISTRICT OF FLORIDA

The defendant, Tony Henderson, by his counsel, requests permission to travel outside the Middle District of Florida from January 21 to January 27, 2008, based on the following considerations:

1. Henderson's Order Setting Conditions of Release restricts his travel to the Middle District of Florida.

2. Henderson would like to visit his friend, Thomas Kilgoar, in Vero Beach from January 21 to January 27, 2008. Thomas Kilgoar resides at 1735 36th Avenue, Vero Beach, Florida 32960. His phone number is 772-569-2628.

3. Assistant United States Attorney Russell Stoddard does not oppose this motion.

                                                        Respectfully submitted,

                                                        MARK J. ROSENBLUM, P.A.

                                                        s/*Mark J. Rosenblum*
                                                        Mark J. Rosenblum
                                                        Florida Bar No. 289175
                                                        Attorney for Defendant
                                                        500 N. Ocean Street
                                                        Jacksonville, FL 32202
                                                        Telephone: 904.354.6002
                                                        Facsimile: 904.354.6637
                                                        markrosenblumlaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Russell Stoddard, Esq.
Assistant United States Attorney

s/*Mark J. Rosenblum*