# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   Case No. 3:06-cr-211-32HTS

TONY HENDERSON

## **ORDER**

Upon consideration, it is hereby

**ORDERED**:

Defendant Henderson's Unopposed Motion to Allow Travel Outside Middle District of Florida (Doc. 135) is **GRANTED**. Defendant is permitted to visit his friend Thomas Kilgore in Vero Beach, Florida from January 21 through January 28, 2008 and shall reside with his friend at the address provided in the motion. Defendant shall immediately notify his Pretrial Services officer upon his return. All other conditions of release remain in effect (see Docs. 8, 40).

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of January, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Russell C. Stoddard, Esq. (AUSA)
Mark J. Rosenblum, Esq.
United States Pretrial Services
United States Marshal
United States Probation Office
Defendant