UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    **v.**　　　　　　　　　　　　　　　　CASE NO: 3:06-cr-211(S2)-J-32HTS

**TONY HENDERSON**

**DEFENDANT HENDERSON'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The defendant, Tony Henderson, by his counsel, moves to continue his sentencing hearing, based on the following considerations:

1. Sentencing is scheduled for March 25, 2008 at 10:00 a.m.

2. The original Presentence Report indicated Henderson's guidelines were 0-6 months. However, a second Presentence Report was received on March 12, 2008 (the Report is dated March 10, 2008) that changes Henderson's guidelines to 15-21 months. The Report indicates objections are due by March 14, 2008.

3. Additional time is needed to determine what objections should appropriately be filed.

4. It is requested that Henderson's sentencing be continued to no earlier than mid-April, 2008.

5. It is additionally requested that Henderson be given until March 28, 2008 to file objections.

6. In setting Henderson's new sentencing date (assuming this motion is granted), it is requested that April 30-May 2, 2008 be protected since counsel will be out of town.

7. Assistant United States Attorney Russell Stoddard does not oppose this motion.

Respectfully submitted,

MARK ROSENBLUM, P.A.

s/*Mark Rosenblum*
Mark Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
markrosenblumlaw@bellsouth.net

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Russell Stoddard, Esq.
Assistant United States Attorney

William Hutchinson
United States Probation Officer

s/*Mark Rosenblum*