**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON

### ORDER

This case is before the Court on Defendant Henderson's Unopposed Motion to Continue Sentencing (Doc. 137), in which the defendant requests a continuance of his sentencing scheduled for March 25, 2008. Accordingly, it is now

**ORDERED:**

1. Defendant's Motion (Doc. 137) is **GRANTED.** Defendant's sentencing scheduled for March 25, 2008 is rescheduled to **April 21, 2008 at 9:30 a.m.,** before the undersigned in Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence. However, notwithstanding this provision, pursuant to 18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN FIVE (5) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

2. Any objections to the second Presentence Report will be due no later than **March 28, 2008.**

**NOTE: <u>Photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are prohibited in the Courthouse.</u>**

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of March, 2008.

                                                                    _____
                                                                    TIMOTHY J. CORRIGAN
                                                                    United States District Judge

md.
Copies to:
Russell C. Stoddard, AUSA
Mark Rosenblum, Esq.
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant