**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Jacksonville, Florida |
| Plaintiff, | Case No. 3:06-cr-211(S2)-J-32HTS |
| vs. | November 30, 2007 |
| TONY HENDERSON, a/k/a Hollywood, | 2:00 p.m. |
| Defendant. | Courtroom No. 10B |

CHANGE OF PLEA HEARING
BEFORE THE HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

GOVERNMENT COUNSEL:

    **DON PASHAYAN, ESQ.**
    Assistant United States Attorney
    300 North Hogan Street
    Suite 700
    Jacksonville, Florida  32202

DEFENSE COUNSEL:

    **MARK J. ROSENBLUM, ESQ.**
    Mark Rosenblum, PA
    500 North Ocean Street
    Jacksonville, Florida  32202

COURT REPORTER:

    Shannon M. Bishop, RMR, CRR

(Proceedings reported by microprocessor stenography; transcript produced by computer.)

NOT

SCANNED

**\*\*REFER TO COURT FILE\*\***