UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON
  a/k/a "Hollywood"

**UNITED STATES' MOTION TO DISMISS REAL
PROPERTY FROM FORFEITURE ALLEGATION
IN THE SECOND SUPERSEDING INDICTMENT**

     The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to dismiss the real property located at 6195 Oakdale Lane, Macclenny, Florida 32063, hereinafter "real property," from the forfeiture allegation in the Second Superseding Indictment against Defendant Tony Henderson, a/k/a "Hollywood."

     WHEREFORE, the United States respectfully moves this Court to dismiss the real property from the forfeiture allegation in the Indictment.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:    *s/ Bonnie A. Glober*
      BONNIE A. GLOBER
      Florida Bar No. 0748307
      Assistant United States Attorney
      United States Attorneys Office
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Tel. No. (904) 301-6300
      Fax No. (904) 301-6310
      Email: bonnie.glober@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s):

Mark J. Rosenblum
markrosenblumlaw@bellsouth.net,nhamlin@bellsourth.net

Russell C. Stoddard
Russell.Stoddard@usdoj.gov,sarah.yunkes@usdoj.gov,jaxdocket.mailbox@usdoj.gov

By:  *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Florida Bar No. 0748307
Assistant United States Attorney
United States Attorneys Office
300 N. Hogan Street, Suite 700
Jacksonville, Florida  32202
Tel. No. (904) 301-6300
Fax No. (904) 301-6310
Email: bonnie.glober@usdoj.gov