UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    **v.**                                                        CASE NO: 3:06-cr-211(S2)-J-32HTS

**TONY HENDERSON**

## DEFENDANT HENDERSON'S UNOPPOSED MOTION
## TO DISREGARD JENNIFER DIXON'S LETTER

1. Tony Henderson's case is scheduled for sentencing on April 21, 2008 at 9:30 a.m.

2. A number of people have written letters on behalf of Henderson. With the exception of the letter that is the subject of this motion, those letters have been submitted through counsel.

3. It was recently learned that Jennifer Dixon, a U.S. Border Patrol agent, sent a letter – dated April 5, 2008 – directly to the Court.

4. Agent Dixon's letter contains a paragraph that Henderson finds inappropriate. Specifically, the first paragraph on page two of Dixon's letter appears to advance some personal agenda of Agent Dixon; but is not reflective of how Henderson feels. More specifically, Henderson plead guilty because he is guilty; if Agent Dixon feels he is innocent, that is her opinion, but an opinion not shared by Henderson.

5. By this motion, the Court is asked to disregard Jennifer Dixon's letter, or at least the first paragraph on page two.

6. Assistant United States Attorney Russell Stoddard has been provided with a copy of Agent Dixon's letter. He does not oppose this motion.

Respectfully submitted,

MARK ROSENBLUM, P.A.

s/*Mark Rosenblum*
Mark Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
markrosenblumlaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Russell Stoddard, Esq.
Assistant United States Attorney

William Hutchinson
United States Probation Officer

s/*Mark Rosenblum*