UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:06-cr-211(S2)-J-32HTS

TONY HENDERSON
a/k/a "Hollywood"

### ORDER

This matter is before the Court upon the motion of the United States, filed April 9, 2008, to dismiss the real property located at 6195 Oakdale Lane, Macclenny, Florida 32063, from the forfeiture allegation in the Second Superseding Indictment. Upon consideration of the motion, it is hereby

ORDERED and ADJUDGED that the motion (Dkt. 140) is GRANTED and that the above-referenced real property is dismissed from the forfeiture allegation in the Second Superseding Indictment.

DONE and ORDERED in Chambers in Jacksonville, Florida, this 15th day of April, 2008.

UNITED STATES DISTRICT JUDGE

cc: Counsel of Record