UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    **v.**  CASE NO: 3:06-cr-211(S2)-J-32HTS

**TONY HENDERSON**

### DEFENDANT HENDERSON'S UNOPPOSED MOTION
### TO ALLOW TRAVEL OUTSIDE MIDDLE DISTRICT OF FLORIDA

The defendant, Tony Henderson, by his counsel, requests permission to travel outside the Middle District of Florida from May 4 to May 10, 2008, based on the following considerations:

1. Henderson's Order Setting Conditions of Release restricts his travel to the Middle District of Florida.

2. On April 21, 2008 Henderson was sentenced to six months in prison followed by two years supervised release. He is awaiting designation by the Bureau of Prisons.

3. Henderson would like to visit his mother, Lottie Henderson, in Panama City from May 4 to May 10, 2008. Lottie Henderson resides at 107 Oakwood Drive, Panama City, Florida 32405. Her phone number is 850-769-0616.

4. Assistant United States Attorney Russell Stoddard does not oppose this motion.

Respectfully submitted,

MARK ROSENBLUM, P.A.

s/*Mark Rosenblum*
Mark Rosenblum
Florida Bar No. 289175
Attorney for Defendant
500 N. Ocean Street
Jacksonville, FL 32202
Telephone: 904.354.6002
Facsimile: 904.354.6637
markrosenblumlaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Russell Stoddard, Esq.
Assistant United States Attorney

s/*Mark Rosenblum*