# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FILED IN OPEN COURT

APR 2 1 2008

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-211-J-32HTS

v.

TONY HENDERSON

**Counsel for Government:**
Russell C. Stoddard

**Counsel for Defendant:**
Mark Rosenblum

**HONORABLE TIMOTHY J. CORRIGAN,** UNITED STATES DISTRICT JUDGE
**Courtroom Deputy: Marielena Diaz**
**Court Reporter: Deanne Moore**

U.S. Probation: William R. Hutchinson

# CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

| | |
|---|---|
| _____ | Evidentiary/contested: _____ |
| __X__ | United States' witnesses: __Shawn Michael Boone__ |
| __X__ | Defendant's witnesses: __Tony Henderson__ |
| _____ | United States' exhibits filed in evidence:_____ |
| _____ | Defendant's exhibits filed in evidence: _____ |
| __X__ | Plea previously accepted. |
| __X__ | Defendant adjudged guilty on Count__Count Five of the Second Superseding Indictment__ |
| __X__ | Imprisonment: __Six (6) Months__ |
| __X__ | Court recommends confinement at: __as close to Macclenny, Florida, as possible__ |
| _____ | Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e). |
| _____ | Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available. |
| _____ | Court recommends to the BOP that defendant receive mental health treatment. |
| __X__ | Supervised Release: __Two (2) years__ |
| _____ | Probation: _____ |
| __X__ | Special Assessment: __$100.00__ to be paid immediately. |
| _____ | Restitution: _____ |

| | |
|---|---|
| __X__ | Special conditions of supervised release/probation: _____ |
| _____ | Defendant shall provide the Probation Officer access to any requested financial information. |
| _____ | Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer. |
| _____ | Defendant shall participate as directed in a program of mental health treatment. |
| _____ | Defendant shall participate as directed in a program for substance abuse treatment. |
| __X__ | Defendant shall participate in the Home Detention program for a period of **Four (4) Months**. |
| _____ | Defendant shall perform _____ hours of community service as directed by the Probation Officer. |
| _____ | If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally. |
| _____ | Mandatory drug testing suspended. Defendant poses a low risk. |
| __X__ | Defendant shall cooperate in the collection of DNA as directed by the probation officer. |
| _____ | The defendant will receive any available vocational and educational programming. |
| _____ | Counts _____ are dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement. |
| _____ | Defendant is remanded to the custody of the U.S. Marshal. |
| __X__ | Defendant shall surrender to the designated institution as notified by the U.S. Marshal |
| __X__ | Defendant advised of right to appeal and of counsel on appeal. |
| __X__ | **Defendant Henderson's Unopposed Motion to Disregard Jennifer Dixon's Letter (Doc. 141) is WITHDRAWN** on motion by the defendant. |
| __X__ | Counts One through Four and Counts Six through Eleven of the Second Superseding Indictment are dismissed on the motion of the United States. The First Indictment and First Superseding Indictments are dismissed. |

DATE: April 21, 2008

TIME: 9:35 a.m. - 12:38 p.m.