**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:06-cr-211-32HTS

TONY HENDERSON

_____

## ORDER

This case came before the Court on Defendant Henderson's Unopposed Motion to Allow Travel Outside Middle District of Florida (Doc.143). Accordingly, it is hereby

**ORDERED**:

Defendant's Motion (Doc. 143) is **GRANTED**. Defendant is permitted to visit his mother, Lottie Henderson, in Panama City, Florida from May 4, 2008 through May 10, 2008 and shall reside with his mother at the address provided in the motion. Defendant shall immediately notify his Pretrial Services officer upon his return. All other conditions of release remain in effect.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of May, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

Russell C. Stoddard, AUSA
Mark J. Rosenblum, Esquire
United States Pretrial Services
United States Marshal
United States Probation Office
Defendant