# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-VS-

CASE NO. 3:06-CR-211-J-32HTS

TONY HENDERSON

## EXONERATION OF CASH BAIL

The records in this case indicate that the conditions of the original appearance bond have been satisfied in accordance with Fed.R.Crim.P. 46(g) and that the bond should be exonerated. Therefore, it is

**ORDERED** that:

(a) The Clerk of the Court shall promptly return monies on deposit, plus any interest accrued, to the individual listed below:

Name of Recipient: Linda L. Henderson

Address of Recipient: 6195 Oakdale Lane
Macclenny, FL 32063

(b) If appropriate, the Clerk shall have issued an Internal Revenue Service Form 1099 to the Recipient.

**DONE and ORDERED** in Jacksonville, Florida on this 7th day of July, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

Copies furnished to:

Counsel of Record
Financial Section, Jacksonville
Recipient