UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

No. 3; 06-cr-211-J-32 HTS

v.

TONY HENDERSON

Defendant.

## DEFENDANT'S PRO SE MOTION FOR EARLY TERMINATION OF PROBATION

Pro se Defendant, Tony Henderson, respectfully moves this Court for early termination of supervised probation and in support thereof states the following:

(1) Defendant was sentenced on March 26, 2008 to six (6) months confinement and two years (2) probation, four (4) months to include house arrest. Defendant began house arrest on December 15, 2008.

(2) Defendant has successfully fulfilled every requirement of probation without incident. Defendant has discussed early termination with the assigned probation officer, Tony Forde. Mr. Forde has stated that he would not oppose early termination at this time.

(3) Defendant has an exemplary record and no prior convictions. Defendant continues to live with and support

his family.

WHEREFORE, the Defendant moves this Court to grant early termination of the two years probation, having served more than one-half of the term of probation after release from 6 months incarceration.

Dated: January 12, 2010.

Respectfully submitted,

Tony Henderson, Defendant, Pro Se
6195 Oakdale Lane
MacClenny, FL  32063
904-259-1436

# CERTIFICATE OF SERVICE

I, Tony Henderson, hereby certify and affirm that a true and correct copy of this Motion for Early Termination of Probation has been served on the following via regular U.S. mail on January 12, 2010.

Honorable Timothy J. Corrigan
U.S. District Court
Middle District of Florida
300 N. Hogan Street, Ste. 9-150
Jacksonville, FL 32202

Russell Stoddard
Assistant U.S. Attorney
300 N. Hogan Street, Ste. 700
Jacksonville, FL 32202

U.S. District Court
Clerk of the Court
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

Mr. Tony Forde
U.S. District Court Probation Officer
Middle District of Florida
300 N. Hogan Street Ste. 6-350
Jacksonville, FL 32202

_____
Tony Henderson