UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:06-cr-211-32HTS

TONY HENDERSON

**UNITED STATES' RESPONSE IN SUPPORT OF DEFENDANT'S
PRO SE MOTION FOR EARLY TERMINATION OF PROBATION**

The United States of America, by and through the undersigned Assistant United States Attorney, files this response in support of Defendant Henderson's Pro Se Motion for Early Termination of Probation (Doc. 150) and states the following:

1. On January 13, 2010, Defendant filed said motion requesting early termination of probation.

2. The United States does not oppose this request.

        Respectfully submitted,

        A. BRIAN ALBRITTON
        United States Attorney

By: *s/ Russell C. Stoddard*
     RUSSELL C. STODDARD
     Assistant United States Attorney
     Florida Bar No. 0113735
     300 North Hogan Street, Suite 700
     Jacksonville, Florida 32202-4270
     Telephone: (904) 301-6300
     Facsimile: (904) 301-6310
     E-mail: russell.stoddard@usdoj.gov

U.S. v. Tony Henderson							Case No. 3:06-cr-211-32HTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>	None.

I hereby certify that on January 20, 2010, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

>	Tony Henderson, Pro Se
>	6195 Oakdale Lane
>	MacClenny, Florida 32063

>	*s/ Russell C. Stoddard*
>	RUSSELL C. STODDARD
>	Assistant United States Attorney
>	Florida Bar No. 0113735
>	300 North Hogan Street, Suite 700
>	Jacksonville, Florida  32202-4270
>	Telephone:   (904) 301-6300
>	Facsimile:   (904) 301-6310
>	E-mail:      russell.stoddard@usdoj.gov