UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

No. 3:06-cr-211-32HTS

v.

TONY HENDERSON

Defendant.

---

## DEFENDANT'S NOTICE OF HEARING WITHOUT ORAL ARGUMENT FOR EARLY TERMINATION OF PROBATION

Pro se Defendant, hereby noticed Defendant's Motion for Early Termination of Probation for hearing without oral argument, on February 05, 2010 at 4:00 p.m. Defendant's Motion was filed on January 13, 2010 and no opposition has been filed thereto.

Dated: January 24, 2010

Respectfully submitted,

Tony Henderson, Defendant, Pro Se
6195 Oakdale Lane
MacClenny, FL 32063
904-259-1436

# CERTIFICATE OF SERVICE

I, Tony Henderson, hereby certify and affirm that a true and correct copy of this Notice of Hearing, without Oral Argument, for Early Termination of Probation has been served on the following via regular U.S. mail on January 24, 2010.

Honorable Timothy J. Corrigan
U.S. District Court
Middle District of Florida
300 N. Hogan Street, Ste. 9-150
Jacksonville, FL 32202

Russell Stoddard
Assistant U.S. Attorney
U.S. District Court
Middle District of Florida
300 N. Hogan Street, Ste. 700
Jacksonville, FL 32202

Clerk of the Court
U.S. District Court
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

Tony Forde
U.S. District Court Probation Officer
Middle District of Florida
300 N. Hogan Street Ste. 6-350
Jacksonville, FL 32202

_____
Tony Henderson