**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:06-cr-211-J-32HTS

TONY HENDERSON

### ORDER

The Court has received Defendant's Notice of Hearing Without Oral Argument For Early Termination of Probation (Doc. 152) which states that defendant has noticed a hearing on his motion for February 5, 2010, at 4:00 p.m.  **Defendant is hereby advised that there is no hearing scheduled in connection with his motion.**

Further, Defendant's *Pro Se* Motion for Early Termination of Probation (Doc. 150) is **under advisement**.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of February, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Russell C. Stoddard, AUSA
U.S. Probation
Defendant