# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO. 3:06-cr-211-J-32HTS

TONY HENDERSON

## ORDER

This case is before the Court on Defendant's *Pro Se* Motion for Early Termination of Probation (Doc. 150). The government has filed a response stating it does not oppose the Motion (Doc. 151). The Probation Office is also unopposed. It is hereby

**ORDERED:**

The Motion (Doc. 150) is **GRANTED IN PART**. It is ordered that defendant be discharged from supervised release effective **June 11, 2010**. The case can then be closed.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of February, 2010.

                                                           TIMOTHY J. CORRIGAN
                                                           United States District Judge

md.
Copies to:
Russell C. Stoddard, AUSA
U.S. Probation
Defendant