UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE  DIVISION


UNITED STATES OF AMERICA

v.                                                    CASE NO. 3:06-cr-211-J-32TEM

TONY HENDERSON

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME


The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, files this Motion for Extension of Time within which to file responses to those motions filed by defendant on July 16, 2010, and would state:

1.      Assistant United States Attorney Russell Stoddard is the attorney of record for the United States.

2.      Mr. Stoddard is familiar with the facts and circumstances of this case and is currently on annual leave through August 6, 2010.

3.      Mr. Henderson has stated that he has no objection to this motion.

WHEREFORE, the United States of America, moves for an extension of thirty (30) days within which to file government's responses to those motions filed by the defendant.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:     *s/ Jay Taylor*
        JAY TAYLOR
        Assistant United States Attorney
        Florida Bar No. 0511730
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone:   (904) 301-6300
        Facsimile:    (904) 301-6310
        E-mail: jay.taylor@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2010, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

None

I hereby certify that on July 30, 2010, a true and correct copy of the foregoing

document and the notice of electronic filing was sent by  to the following non-CM/ECF

participant(s):

Tony Henderson
6195 Oakdale Lane
MacClenny, Florida 32063


<u>*s/ Jay Taylor*</u>
JAY TAYLOR
Assistant United States Attorney