FILED

2011 JAN 20 AM 9: 56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

No. 3:06-cr-211-J-32 TEM

TONY HENDERSON

    Defendant.

### DEFENDANT'S RENEWED MOTION FOR RETURN OF PROPERTY

Pursuant to the Order dated December 27, 2010, pro se Defendant, Tony Henderson, respectfully advises this Court that the FBI has failed to respond in any manner to the request to regarding the transfer of firearms to Robert Rosier. The FBI has not requested any further information or made any arrangement with Defendant or Mr. Rosier regarding the 19 firearms turned for safekeeping shortly after my arrest and before conviction.

WHEREFORE, the Defendant requests this Court to take jurisdiction over the issue and render a final decision in the request to transfer my non-possessory interest as previously requested.

Dated: January 14, 2011.

Respectfully submitted,

*Tony Henderson*

Tony Henderson, Defendant, Pro Se
6195 Oakdale Lane
MacClenny, FL 32063
904-259-1436

## CERTIFICATE OF SERVICE

I, Tony Henderson, hereby certify and affirm that a true and correct copy of this Motion to Return/Disposition of Property. Has been served on the following via regular U.S. mail on January 14, 2011.

Honorable Thomas E. Morris
U.S. District Court
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL   32202

Assistant U.S. Attorney
Russell C. Stoddard
300 N. Hogan Street, Suite 700
Jacksonville, FL   32202

_____
Tony Henderson