UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:06-cr-211-J-32TEM

TONY HENDERSON

**NOTICE TO THE COURT**

Comes now the United States, by and through the undersigned Assistant United States Attorney, and in providing this Notice to the Court, states as follows:

On January 26, 2011, a final administrative order was entered denying the defendant's petition for return of weapons in the custody of the Federal Bureau of Investigation. The defendant has now exhausted all of the available administrative remedies.

    Respectfully submitted,

    ROBERT E. O'NEILL
    United States Attorney

By: *s/ Russell C. Stoddard*
    RUSSELL C. STODDARD
    Assistant United States Attorney
    Florida Bar No. 0113735
    300 North Hogan Street, Suite 700
    Jacksonville, Florida 32202-4270
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail: russell.stoddard@usdoj.gov

U.S. v. Tony Henderson						Case No.3:06-cr-211-J-32TEM

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

None.

I hereby certify that on March 17, 2011, a true and correct copy of the foregoing document and the notice of electronic filing was sent by  to the following non-CM/ECF participant:

Tony Henderson
6195 Oakdale Lane
MacClenny, Florida 32063

*s/ Russell C. Stoddard*
RUSSELL C. STODDARD
Assistant United States Attorney