UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 3:06-cr–211-J-32TEM

TONY HENDERSON,

_____

# N O T I C E

**PLEASE TAKE NOTICE** that an evidentiary hearing for presentation of evidence and oral argument on Defendant's Renewed Motion for Return of Property (Doc. #162) is scheduled for **Monday, May 16, 2011** at **2:00 p.m.** This hearing will be held before the **Honorable Thomas E. Morris** in the United States Courthouse, **Courtroom 5-B**, 300 North Hogan Street, Jacksonville, Florida.

**DATED** this 22nd day of April, 2011.

THOMAS E. MORRIS
United States Magistrate Judge

By: /s/ *Debbie A. Lee-Clark*
Debbie A. Lee-Clark
Judicial Law Clerk

Copies to:
 Counsel of Record
 and Pro Se Defendant

PLEASE NOTE: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.