# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

APPEAL FROM:
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES,

        Plaintiff,

v.                                    CASE NO.    03:06-CR-211-J-32HTS

TONY HENDERSON,                   JUDGE THOMAS J. CORRIGAN

        Defendant.
_____/

## MOTION TO PRESERVE PROPERTY PENDING APPEAL

The Appellant hereby moves this Court to issue an Order Preserving the 19 Firearms that is the subject of this civil action. The Appellant's wife has a marital interest in the property that was placed in the control of the FBI pursuant to the terms of the bond in the above matter. The property has never been seized, and is not subject to seizure as property used in furtherance of any crime and is not contraband per se and neither the Defendant nor his spouse have never been provided notice of any action against the property. On defendant's own initiative, he sought return of the property or its value to his wife to preserve her marital interest in the property and she has a legal right to own, possess or divest herself of the property. In order to preserve the rights, it is imperative that the property be maintained in the condition in which it was turned over pending review of the rights in this case.

Dated: September 4, 2012

Respectfully submitted,

*signature*

Tony Henderson, Pro Se
6195 Oakdale Lane
MacClenny, FL 32063
Phone: 904-259-1436
       904-233-3613

Attachment
    Property receipt describing property at issue

Mr. Henderson

Item List for Abandonment Notice

Abandonment No: 333010A002

December 16, 2009 (2:22PM)

| ASSET ID | ITEM DESCRIPTION | ITEM VALUE | VIN/SERIAL NO |
|---|---|---|---|
| A06-FBI-00141 | 1 Ruger model SP101 5-shot revolver | 237.51 | 571-46662 |
| | 1 Jennings model J-22 pistol | 523.84 | 187827 |
| | 1 Smith & Wesson model 66-2 revolver | 136.44 | AHJ0391 |
| | 1 High Standard Foremost model 4011 12-gauge shotgun | 82.10 | 3078949 |
| | 1 Iver Johnson's Arms model Champion 16-gauge shotgun | 57.67 | 62850XH |
| | 1 Erma Werke GMBH model EW22 .22-caliber rifle, with Bushnell scope (imported by Iver Johnson's Arms) | 76.77 | 003561 |
| | 1 Smith & Wesson model 66 6-shot revolver, US Border Patrol #1243 | 136.44 | 7K49862 |
| | 1 Rogue Rifle Co. model Chipmunk Actra bolt-action rifle | 47.31 | 62724 |
| | 1 Japanese Arisika 6.5mm rifle, nonfunctional | 10.00 | C5432 |
| | 1 Powermaster crossbow | 50.00 | none |
| | 1 Savage .410 bore shotgun, engraved ''Little Pet'' | 34.83 | 429HY |
| | 1 U.S. Rifle Arms Corp. USA, Model M1A1 Garand, .308 caliber semi-automatic rifle with three magazines | 1613.40 | 10667 |
| | 1 Remington model 550-I semi-automatic rifle | 118.03 | none |
| | 1 O.F. Mossberg & Sons model 152K rifle, with one magazine | 76.88 | none |
| | 1 RFI Enfield Mark III* 7.62 caliber rifle and one magazine | 50.00 | H4991 |
| | 1 Homemade percussion cap muzzle-loading rifle, nonfunctional | 10.00 | 83-126855 |
| | 1 Marlin Firearms Greenfield model 60 rifle with scope | 33.19 | 24275308 |
| | 1 Rossi model M92 rifle (imported by Interarms) | 160.20 | K023232 |
| | 1 Kel Tec model SUB-2000 semi-automatic submachine gun | 252.75 | 06581 |