**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff

vs.                                                           Case No. 3:06-cr-211-J-32TEM

TONY HENDERSON,

    Defendant

---

### **ORDER**

This case is before the Court on defendant's Motion for Permission to Appeal in Forma Pauperis (Doc. 173) and on defendant's Motion to Preserve Property Pending Appeal (Doc. 174). Upon consideration, it is hereby

**ORDERED:**

1. Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. 173) is **DENIED**, defendant having not demonstrated indigence.

2. Defendant's Motion to Preserve Property Pending Appeal (Doc. 174) is **GRANTED**. The government should instruct the Federal Bureau of Investigations to maintain the subject property pending a decision on appeal.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of November, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to
Counsel of Record
Defendant
Clerk of Court for the Eleventh Circuit Court of Appeals