# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 21, 2013

Sheryl L. Loesch
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 12-14628-CC
Case Style: USA v. Tony Henderson
District Court Docket No: 3:06-cr-00211-TJC-TEM-1

The referenced appeal was dismissed on 5/13/2013.

This appeal has been clerically reinstated because the appellant did not receive a copy of the briefing notice. The clerk's office mailed the briefing notice to his address, but did not include a zip code on the mailing wrapper. The appellant's brief and record excerpts are now due on July 1st.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

REINST-1 Appeal Reinstated