Case 3:06-cr-00211-TJC-JBT  Document 184  Filed 08/12/13  Page 1 of 1 PageID 824
Case 3:06-cr-00211-TJC-TEM  Document 180  Filed 07/29/13  Page 1 of 1 PageID 785
Case 12-14628  Date Filed: 07/29/2013  Page: 1 of 1

## ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

### PART I.          TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: ___United States of America___ vs ___Tony Henderson___

District Court No.: _3:06-cr-211(S2)-J-32TEM_  Date Notice of Appeal Filed: _9/5/2012_  Court of Appeals No.: _12-14628-CC_
<span style="float:right">(If Available)</span>

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☑ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☑ Other | 5/16/2011 | Honorable Thomas E. Morris | Shannon Bishop |

### METHOD OF PAYMENT:

☑ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT.  Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript.  [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __AUSA Russell C. Stoddard & AUSA Patricia D. Barksdale__

Name of Firm: __United States Attorney's Office__

Street Address/P.O. Box: __300 N. Hogan St., Ste. 700__  E-mail: __patricia.barksdale@usdoj.gov__

City/State/Zip Code: __Jacksonville, FL 32202__  Phone No. : __904-301-6300__

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE: _7/29/2013_  SIGNED: _s/Russell C. Stoddard & s/Patricia D. Barksdale_  Attorney for: _United States as Appellee_

### PART II.          COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: __7/29/13__

☒ Satisfactory arrangements for paying the cost of the transcript were completed on: __7/29/13__
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: __1__  Estimated no. of transcript pages: __60__  Estimated filing date: __8/26/13__
DATE: __7/29/13__  SIGNED: _Shannon M Bishop_  Phone No. : __(904) 549-1307__

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

### PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): __8/12/13__

Actual No. of Volumes and Hearing Dates: __1 Volume__

Date: __8/12/13__  Signature of Court Reporter: _Shannon M Bishop_

Rev. 9/11