# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Sheryl L. Loesch | Jim Leanhart |
| Clerk | Jacksonville Division Manager |

**DATE:** October 8, 2013

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**UNITED STATES OF AMERICA**

**VS.**                                    CASE NO: 3:06-cr-211-J-32TEM

**TONY HENDERSON**

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

**U.S.C.A. Case No.:**     12-14628-CC

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Complete Record on Appeal:

    | | |
    |---|---|
    | 3 | Volumes of Pleadings {volume 3 sealed} |
    | 3 | Volumes of Transcripts |
    | 1 | Presentence Investigation Reports |

SHERYL L. LOESCH, CLERK

By:   s/S. Woolbright
         Deputy Clerk