UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-14628

_____

District Court Docket No.
3:06-cr-00211-TJC-TEM-1

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

versus

TONY HENDERSON,
a.k.a. Hollywood,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 28, 2014
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate
February 27, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 27, 2014

Sheryl L. Loesch
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 12-14628-CC
Case Style: USA v. Tony Henderson
District Court Docket No: 3:06-cr-00211-TJC-TEM-1

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

MDT-1 Letter Issuing Mandate